EXHIBIT A        US v BOURDO - 2:22CR117(06)

Dan & Peggy Bourdo
2007 Dausha CT
Warsaw, IN 46580
419-386-8012

February 18, 2025

The Honorable Chief Judge Sargus, Jr.
United States District Court
Southern District of Ohio

We are writing to the court as the grandparents of Tyler Bourdo, who is appearing before your court, to provide a character reference.

Tyler is a very loving son, grandson and father. He has always been very helpful to us. Whenever we needed a hand with something, he always made time to come to our aid.

We feel Tyler has had a rough life. His childhood was a rocky one, with parents who were too young and weren't able to provide him with a stable home life. We believe this instability led Tyler down a bad path of addiction and poor decisions.

We understand the seriousness of this case. We respectfully request the court consider Tyler's good qualities and the potential for rehabilitation when making the sentencing decision.

Thank you for your time.

Respectfully,

Dan Bourdo and Peggy Bourdo

EXHIBIT A      US v BOURDO - 2:22CR117(06)

Danielle Joseph
808 Boyce Street
Urbana, Oh 43078
937-505-7515
February 15, 2025

The HONORABLE CHIEF JUDGE SARGUS, JR.

I am writing to provide a character reference for Tyler Bourdo, whom I have known for several years. Throughout our friendship Tyler has shown reliability, loyalty and a strong sense of love for others.

Tyler and I families were close as well as him and I going to school together. I always remember Tyler as the funny guy or the guy who would protect others from being bullied. He always seemed to be looking out for others regardless of his situation.

Growing up Tyler and I remained friends we just chose different paths. I understand the seriousness of this crime against him, but I firmly believe this incident does not reflect his character. Tyler has expressed his sincere remorse and is taking steps to better himself to ensure this never happens again and becomes a better person.

I am confident Tyler Bourdo can make positive changes in his life.

Respectfully,

*Danielle Joseph*

Danielle Joseph

2

EXHIBIT A      US v BOURDO - 2:22CR117(06)

02/17/2025

The Honorable CHIEF JUDGE SARGUS JR.

United State District Court

Southern District of Ohio


My name is Makalyn Washburn, I am writing you this letter regarding my oldest brother, Tyler Bourdo to provide a true character reference in support of his case currently before the court.

Tyler has a huge heart and would give anyone the shirt off his back. Tyler has been known as a "giant teddy bear" because deep inside, he is a softy. He is very loyal to his family and to his friends and has always been here to support us in any way he can. He adores his nephew Kaiden and would adore his unborn niece that is due in April. Tyler is great with kids, and I always knew that my son was safe with his uncle Tyler. He is one of the funniest people I have ever met, he is always trying to make you smile and laugh and brighten the room. Tyler is a genuine loving person, not only to the elders, but to anyone in need. I remember during our family cookouts; Tyler would always make plates to take to those in need.

Tyler had a special place in his heart for our grandma Karen and our grandma Pat. Although our grandma Karen did not live close, he made it a point to constantly check in on her and see how she was doing. When we would visit her in Michigan, Tyler would not leave her side. Our grandma Pat lived close by, so Tyler was able to check in on her in person regularly, ensuring that she did not need yard work done, things done around the house, needed a good laugh or hug, etc. The bond he had with these two was unbreakable. He adored his grandmothers, and it has been tough navigating these last two years without them.

Throughout our life together, I have watched Tyler endure many struggles as a child, and as an adult. Our childhood was far from easy and felt no sense of a "normal" childhood. From "dumpster diving" to ensure there was food in our home, watching our mother get abused mentally and physically, watching our mother struggle with her own addictions, growing up with our birth fathers not actively involved in our lives, and much more in our younger years. On March 20th, 2009, the man we all called "dad" passed away unexpectedly from drugs. From that day on, our mother was on a mission to better herself which left us unattended a lot with no proper guidance. In 2010 was when I watched my brother's life turn for the worse. At the age of fifteen, Tyler was introduced to the "drug life" by friends and adults actively involved in his daily life. We grew up in Marysville, OH but we had no family here that we could turn to get us out of an abusive, unsafe environment. The mental health issues that our childhood has caused have followed all of us into our adult lives, and I believe this is one of the reasons Tyler was never able to turn his life around because this was the "normal" we were used to, we never seen a different lifestyle.

During the time of Tyler's current incarceration, he has taken a lot of time to self-reflect and think about the choices he has made and where he wants to see his life upon release. Per our

EXHIBIT A      US v BOURDO - 2:22CR117(06)

conversation, Tyler has shown remorse for his actions and what they have caused to himself, the community, and his family.

Please take this letter into consideration as the crimes he is facing does not reflect the true person Tyler is. I honestly believe that this has been an eye-opening situation for him, and he will take the right path into creating a better lifestyle for himself upon release. I believe that with the current support system that Tyler has, he can become a positive and active member of the community. I personally have overcome the obstacles that we faced as children, and I believe he can do the same. Tyler is an intelligent person and can tackle anything he faces with the right mindset.

Thank you for taking the time to read this letter and hope this gives you insight on the true character of my brother, Tyler Bourdo.

Thank you,

Makalyn Washburn

4

EXHIBIT A    US v BOURDO - 2:22CR117(06)

**4641 Washington Waterloo Road Northeast**

**Washington Courthouse, Ohio 43160**

**740 505 3335**

**February 18, 2025**

The Honorable CHIEF JUDGE SARGUS, JR.

United States District Court

Southern District of Ohio

Good Afternoon, I hope this letter finds you well.  My name is Brenda Manders and I am a friend of Tyler Bourdo the defendant in the criminal matter for which sentencing is about to be imposed.

I met Tyler through my stepson.  My grandson and Tyler's daughter Rowan have become close personal friends and have spent time and bonded together.

Tyler would always make time for my grandson Anthony, who has been struggling emotionally for sometime.  Anthony and Rowan bonded having shared similar life experiences.  Tyler would come and pick Anthony up and take Rowan and Anthony to Dave and Busters or take them bowling, they would go swimming, he would take him to get a hair cut and buy him shoes and school clothes.  Tyler was definately viewed as the "Fun Uncle" Of course, I never asked Tyler to do these things, he knew that I was struggling and needed the support and always did the kindest things when Anthony was concerned.   My grandson very much adores Tyler and misses him dearly.

Tyler not only cared for my grandson, but he would always show concern and support for myself and my husband.  I recall one time I was stranded in a parking lot, my car had broke down at a Kroger and I couldn't get home, it was snowing really bad, my husband couldn't come get me, I called Tyler not only did he come get me in the snow but he called a tow truck driver and came to pick me up and tow the car home.  I could probably go on and on about Tyler's acts of kindness Tyler honestly has always been such a kind and giving person.

When I first met Tyler he was fresh out of rehab, my step son brought Tyler home after a meeting and we honestly have loved and welcomed him in our home ever since. I have watched Tyler grow throughout the years and watched him battle addiction and have loved and supported him in his recovery!

I am currently an Human Resources Assistant Store Leader at one of the largest Kroger's in the District with over 250 Associates, and I have been in retail for nearly 20 years, I have dealt with some individuals over those 20 years of customer service and Human Resources and I have seen some terrible humans and some great people, and I believe Tyler that I know to be a kind, caring and supportive person.

I thank you for your time in reviewing this letter, if you need anything further please feel free to let me know.   Thank you for your consideration.

EXHIBIT A       US v BOURDO - 2:22CR117(06)

]

EXHIBIT A          US v BOURDO - 2:22CR117(06)

**Wednesday, February 19, 2025 at 14:36:57 Eastern Standard Time**

---

**Subject:** Character reference letter for T, Bourdo

**Date:** Tuesday, February 18, 2025 at 10:09:30 PM Eastern Standard Time

**From:** Jessica Marek <jessicammarek@icloud.com>

**To:** Rasheeda Khan <rkhan@peterson-llp.com>

Jessica Marek
134 W. Colon Rd Unit A
Coldwater, Mi 49036
517-227-9938
Feb, 18,2025
Dear Judge,
The Honorable CHIEF JUDGE SARGUS, JR.
United States District Court
Southern District of Ohio

I am writing to you today as the Cousin of Tyler Bourdo to provide a character reference in support of his case currently before the court.

I have always known Tyler to be the rock of his family, his loyalty to go above and beyond to help his family and friends or anyone who he see's that may need help.

While I am aware of the seriousness of Tyler's crime, I believe that his crime does not reflect his true character. I know that he is very remorseful for his actions, and the choices and decisions that he has made.  He has taken steps to improve his behavior, completing programs during his time. I believe with all my heart that he can overcome this and would be a great advocate with those in need with the same experiences.

Tyler is a very loving father to his daughter, he's a loving son and brother. He's had a few losses his baby brother and his grandma, who he was extremly close to and I know that has a huge impact on him. I am confident that he has learned from all of this and he will continue to grow and get stronger and become a better person everyday. I strongly ask the court to consider his character and potential for rehabiliation when making a decision regarding his case.

Thank you for your time and consideration
Respectfuly,
Jessica Marek

EXHIBIT A     US v BOURDO - 2:22CR117(06)

Feb. 16, 2025

The Honorable Chief Judge Sargus Jr.
United State District Court
Southern District Court

Hello my name is Connie. M. Kise I am married for 51 yrs. live in Marysville, Ohio Notary In State of Ohio. I have been caregiver to my husband since 1987 when he got sick. Stay home mother have done daycare, collect checks. Cleaned church was Trustee & Board member at church.

I have known Tyler Bourdo for 15 yrs. Tyler has made mistakes in the past & been charged. I do believe he has learned alot from all he been thru. He is very remorseful & wants to make his life better given the chance. He realizes there is going to be punishment. He is very kind to everyone he has come to help myself in lifting my husband carrying in things repair different things. He is a very hard worker. Has lost his grandparents & a brother which he didn't handle well. He will help anyone who needs help. Has children who really need him home. He wrote to me at a time that his letter was exactly what I needed. What he is charged with in no way represents the person he is. I would say this has changed his outlook. Wants to be here to help his mom his kids and show people One he is changing into a better person as patting family first - his wants last. Stepping up to be a great Dad. He has a huge heart I hope after he gets thru this. He shows everyone how good he really is.

8

EXHIBIT A      US v BOURDO - 2:22CR117(06)



Everyone deserves a second chance, yes he did wrong but everyone has.

Connie Kise
937-243-6440
121 Milcrest Drive
Marysville, Ohio
43040