EXHIBIT B

US v BOURDO
2:22CR117(06)

# GOSPEL ECHOES TEAM
## CERTIFICATE

*This certifies that* __Tyler Bourdo__

*has successfully completed the*

### GOSPEL ECHOES TEAM
### SCHOOL OF CORRESPONDENCE BIBLE STUDIES BASIC COURSE



1. God's Great Love
2. Growing in the Christian Life
3. Sharing Your Christian Faith
4. Growing Toward Maturity

*Date Granted* December 10, 2023

*L.S.*

*Bible Course Instructor*

US v BOURDO
EXHIBIT B
2:22CR117(06)



Case: 2:22-cr-00117-EAS Doc #: 1157-2 Filed: 02/21/25 Page: 3 of 13 PAGEID #: 6702
2:22CR117(06)
EXHIBIT B
3



# GOSPEL ECHOES TEAM BIBLE STUDIES

## Certificate

This is to certify that **Tyler Bourdo**

*has successfully completed the*

Gospel Echoes Team
School of Correspondence Bible Studies Advanced Course

### The Acts of the Apostles

Granted this __13th__ day of __November__, 20 __23__

L. S.
Instructor

Marvin R. Beachy, President

GOSPEL ECHOES TEAM
Association, Inc.

© 2013 Gospel Echoes Team
All Rights Reserved. Printed in USA



GOSPEL ECHOES TEAM BIBLE STUDIES

*Certificate*

*This is to certify that* Tyler Bourdo

*has successfully completed the*

Gospel Echoes Team

School of Correspondence Bible Studies Advanced Course

**Good News About Jesus**

Granted this ___8th___ day of ___January___, 20 _24_

_____
Instructor

_____
Marvin R. Beachy, President

GOSPEL
ECHOES TEAM
Association, Inc.

© 2013 Gospel Echoes Team
All Rights Reserved. Printed in USA

Case: 2:22-cr-00117-EAS Doc #: 1157-2 Filed: 02/21/25 Page: 5 of 13 PAGEID #: 6704
2:22CR117(06)
EXHIBIT B



# GOSPEL ECHOES TEAM BIBLE STUDIES

## Certificate

*This is to certify that* __Tyler Bourdo__

*has successfully completed the*

Gospel Echoes Team
School of Correspondence Bible Studies Advanced Course

### The Christian Way in Marriage

Granted this __10th__ day of __December__, 20 __23__

GOSPEL
ECHOES TEAM
Association, Inc.

__L. S.__
Instructor

__Marvin R. Beachy__
Marvin R. Beachy, President

© 2013 Gospel Echoes Team
All Rights Reserved. Printed In USA

September 22, 2023

To Whom it May Concern:

TYLER N. BOURDO, 202202368, was enrolled in the September, 2023 class of "Build Your Life On Christ", part of the Life Skills program offered by HARC Ministries at CCNO.

Tyler received a Certificate of Achievement for successfully completing the HARC Program.

"Build Your Life on Christ" is a Christian, faith-based program conducted by volunteer chaplains. The class is offered by HARC (**H**ealing **A**ddictions through a **R**elationship with **C**hrist) Ministries and meets twice a week over a three-week period for a total of six lessons. The six lessons discuss how to incorporate Bible study and prayer into an inmate's life; how to find a job; prepare for an interview and be a good employee; getting priorities in line to include budgeting money, saving money and saving money to pay weekly bills; picking an affordable place to live after the inmate is released; where and how to shop on a budget; and how to live a balanced life to be satisfied, happy and grateful with where they are today. Every lesson includes personal testimonies, scriptures and teachings from the Bible. Everyone who successfully completes the attendance requirements and the daily assignments receives a Certificate of Achievement.  Participation is voluntary.


Sincerely Yours,

The Volunteer Instructors of HARC

6

# HARC MINISTRIES
## Life Skills Program
# Certificate of Achievement

May it be known that this Certificate is awarded to:

## TYLER N. BOURDO

For completing all requirements of the Life Skills Program

Presented on:  September 22, 2023

Presented by:  HARC Ministries





Case: 2:22-cr-00117-EAS Doc #: 1157-2 Filed: 02/21/25 Page: 7 of 13  PAGEID#: BOURDO
EXHIBIT B
2.22CR117(06)



*Now when they heard this, they were pricked in their heart, and said unto Peter and to the rest of the apostles, Men and brethren, what shall we do? Then Peter said unto them, Repent and be baptized everyone of you in the name of Jesus Christ for the remission of sins, and ye shall receive the gift of the Holy Ghost. Acts 2:37-38*

# BAPTISMAL CERTIFICATE

*This Certifies that*

## Tyler N. Bourdo

*In obedience to the command and in following the example of our Lord Jesus Christ was baptized in the name of Jesus Christ at*

## STRYKER SERVICE OF FIRST APOSTOLIC CHURCH OF TOLEDO, OHIO

September 29, 2023

DATE

MINISTER

Case: 2:22-cr-00117-EAS Doc #: 1157-2 Filed: 02/21/25 Page: 8 of 13 PAGEID #: 6709
EXHIBIT B
BOURDO
2:22CR117(06)

# CERTIFICATE *of* COMPLETION

THIS ACKNOWLEDGES THAT

## Tyler Bourdo

HAS COMPLETED THE SEEKING SAFETY/LIVING IN BALANCE GROUPS

(PTSD/Addiction)

## CCNO/Corrections Center of Northwest Ohio

06/14/2023

Donica Kline, MSW, LSW, LICDC

Case: 2:22-cr-00117-EAS Doc #: 1137-2 Filed: 02/21/25 Page: 9 of 13 PAGEID #: 6808
EXHIBIT B
2:22CR117(06)
US.t.BOURDO



# CERTIFICATE *of* COMPLETION

THIS ACKNOWLEDGES THAT

## Tyler Bourdo

HAS COMPLETED THE ANGER MANAGEMENT GROUPS

## CCNO/Corrections Center of Northwest Ohio

12/6/2022

Donica Kline, MSW, LSW, LICDC

Case: 2:22-cr-00117-EAS Doc #: 1157-2 Filed: 02/21/25 Page: 10 of 13 PAGEID #: 6709

EXHIBIT B

2:22CR117(06)

US v BOURDO
EXHIBIT B
2:22CR117(06)

# CORRECTIONS COMMISSION
## OF
## NORTHWEST OHIO

03151 COUNTY ROAD 2425
STRYKER, OHIO 43557-9418
(419) 428-3800
E-MAIL: CCNOREGIONAL@GMAIL.COM

Tyler Bourdo,

Decision Points combine aspects of cognitive skills training and cognitive restructuring. It teaches new attitudes and beliefs as a set of thinking skills. It's a simple program which consists of just four skills. These skills consist of teaching individuals to ask and answer 4 questions. These questions mark the "4 steps" of Decision Points. Each step touches on a fundamental aspect of offenders' thinking. Step 1 focuses on what the individual is thinking and feeling right now and what are these thoughts and feelings telling the individual to do. Step 2 has the individual focus on who else cares what the individual does and what would those others involved want the individual to do. The 3rd step looks into what the individual could do right now; what options would not lead the individual into trouble and what options would the individual feel ok about doing. In step 4, the individual looks for a thought that would make it easier for them to pick an option that doesn't lead them into trouble. Decision Points helps to create a practical pathway of change that individuals can understand and follow. Decision Points respects individuals' freedom to choose their own path in life. Decision Points is not therapy and it does not dictate to individuals how they should think or how they should act; it creates options and challenges for individuals to choose.

Mr. Tyler Bourdo graduated Decision Points on 8/14/23. Mr. Bourdo was an active participant throughout his time in Decision Points. As Mr. Bourdo made his way through the four previously described Decision Points steps he began to pull more

SERVING THE COUNTIES OF DEFIANCE, FULTON, HENRY, LUCAS, AND WILLIAMS.

11

*personal examples for his homework. He was able to better grasp the importance of each step in the process and how these steps build up on one another. Mr. Bourdo discussed examples that he has faced before or potential situations he may face in the future. Overall, Mr. Bourdo displayed the necessary knowledge, involvement, and attitude to complete and graduate the program.*

Sincerely,

Eric Sierra – Facilitator

Donica Kline – Facilitator

SERVING THE COUNTIES OF DEFIANCE, FULTON, HENRY, LUCAS, AND WILLIAMS.

# CERTIFICATE
## *OF ACHIEVEMENT*

**DECISION P⟳iNTS**

*Tyler Bourdo*

*For his superior knowledge and demonstration of the material of Decision Points completed on 08/14/2023*

**Donica Kline**
Facilitator

**Eric Sierra**
Facilitator



Case: 2:22-cr-00117-EAS Doc #: 1157-2 Filed: 02/21/25 Page: 13 of 13 PAGEID #: 6702

EXHIBIT B

2:22CR117(06)