# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 2:22-CR-117 |
| v. | : | |
| | : | JUDGE EDMUND A. SARGUS, JR. |
| TYLER BOURDO, | : | |
| | : | |
| Defendant. | : | |

---

## NOTICE OF FILING LETTERS IN SUPPORT OF DEFENDANT, TYLER BOURDO

---

Defendant Tyler Bourdo, through counsel, hereby submits the attached letters for the Court's consideration.

Respectfully submitted,

*/s/ Todd A. Long*
Todd A. Long (0082296)
Eastman & Smith, Ltd.
250 Civic Center Drive, Suite 250
Columbus, Ohio 43215
Telephone: (614) 564-1443
Facsimile: (614) 280-1777
talong@eastmansmith.com

Rasheeda Zamani Khan
Peterson Conners LLP
545 Metro Place, Suite 435
Dublin, Ohio 43017
rkhan@petersonconners.com
*Counsel for Defendant*

1

7817635.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the United States District Court using CM/ECF system, which will send notification of such filing to all attorneys of record including AUSA Timothy Prichard and Emily Czerniejewski on February 28, 2025.

*/s/ Todd A. Long*
Todd A. Long (0082296)

2

7817635.1