Jacquelyn Worstell
1900 Morning Song Road,
Marysville OH, 43040
614-584-1771
February 16, 2025

The Honorable CHIEF JUDGE SARGUS, JR.
United States District Court
Southern District of Ohio

I am writing to you today as the mother of Tyler Bourdo to provide a character reference in support of his case currently before the court.

Throughout his life, Tyler has always proven a deep commitment to making sure his family and friends felt loved and taken care of. If he noticed anyone struggling, he would do whatever he could to make sure their burden was lessened. This didn't just apply to his family or friends, Tyler would constantly demonstrate "random acts of kindness", with his daughter present, mostly in the form of giving to the homeless in attempts of showing her the different and unfortunate side of life that many people experience. Tyler had a soft spot for his grandparents and younger brother, always willing to lend a helping hand to his elders, and help guide and protect his younger siblings, Nick and Makalyn.

While I am aware of the seriousness of Tyler's crime, I firmly believe that his crime does not reflect his true character. We have had many conversations regarding the remorse he feels for his actions, and the choices he has made in life, however he has taken steps to address his behavior, including completing programming during his incarceration.

Tyler has dealt with excessive hardships throughout his life. To list just a few, abuse as an adolescent, addiction starting at the age of fifteen, and significant loss of people he considered role models in life, his biggest losses being his younger brother and maternal grandmother.

Tyler's upbringing was anything but normal. Tyler's Dad and I were both very young and unprepared to be parents, therefore I feel we failed him. He did not feel he had a secure and loving home, and I will always feel regret for not providing him with safety and security, and the tools to be successful later in life.

As for myself as a person and a mother, I know rehabilitation is possible regardless of past choices and poor situations, because I am proof. I have custody of my granddaughter, Tyler's daughter, and can confidently say I provide safety and security for her. I have now been a nurse for fourteen years and currently work for the State of

Ohio. I have taken all steps to be able to provide my granddaughter with the tools to be successful in life.

Tyler is a loving son, a loyal friend, and overall, a good person. I am confident that he will learn from this and continue to grow to better himself and become a productive citizen. I strongly ask the court to consider his character and potential for rehabilitation when making a decision regarding his case.

Thank you for your time and consideration.

Respectfully,

*Jacquelyn Worstell*

Jacquelyn Worstell