your Honor

I Have known Tyler since he was 11 years old. he had a very rough start in life, really hes had a Rough life all the way around. his mother had 3 babies Tyler being the oldest and she did what she could to provide for them working while putting her self through nursing school eventually graduating while Tyler was growing up his mother was caught in the middle of a few Virbaly and physically abusive relationships and not only with her but Tyler and his sibblings as well and the boys would get the majority of it protecting their mama and they grew-up very fast doing things kids their age had no business even knowing about and in return got a very lengthy rap sheet the last time Tyler went to prison and came home he was so ready to do everything the right and legal way he got a Job with a fella named Chad Welch working w/ flipping homes he was doing so good and come to find out the fella he was working for was using drugs and spent his workers pay checks instead of paying his employees when Tyler went to his house to ask about his check their was some words exchanged and a fals police report filed against Tyler he was found not guilty after it

was all said and done but some where through out that whole trial he lost the sparkle to live on the straight and Arrow I know to a normal thinking human thats not how our brain works (mine now any who) my sober date 8/16/20 Tyler has never had a real shot at Rehabilitation the way I was blessed you all have this idea in your head Tyler is a bad man and he really isnt I'm not saying hes an angel by any means he isnt out selling women either all of those girls are ladys he was living on the streets with just a few years prior too all this he knows how it is to be homeless Dirty Cold hungry and alone he was giving him that the lady in the alley yall found who had passed away was his very close friend he was trying to get to go back to rehab because he was afraid he would loose her just as he did he wanted to help her he would never give her drugs I'm not saying Tylers innocent by any means but he 1000% does not deserve all of the time yall have him pleaing out too when my car broke down and it was shot he gave me $1000.00 to put with mine so I could put a down payment on a decent car for me and my

kids when I tried paying him back his response was absolutley not keep it pay me back by staying sober and giving my children the mama they deserved all along your killing it and I'm proud of you at the time I was two years sober and Just got full custody of my Babies back I also had 50+ years over my head at one time ended up with 10 on the shelf with prgraming and probation some one gave me the time of day and now I have a whole new outlook on life so please find it in your heart to not just wash your hands of Tyler and send him away while he's incorcerated make cognitive behavioral treatment because Tyler really does want a normal life he Just dont know how if that makes any sence hes a good guy who didnt have any kind of positive role model 90% of the men in his life we highly abusive but he still in a messed up way looked up to them and his mom she had no option but to work to support her 3 babies she was doing all she could at the time she was also a young mom trying to survive so in conclusion I guess what I'm trying to say things arnt always as they seem and I hope you find it in your heart to show Tyler some temcy leniency he would never in

a million years Sell that girl drugs he was Sad every time he saw her begging her to go back to Rehab. Thaks for taking the time out of your day to Read my letter I appreciate you.

Yours Truely
Ceaira M Rowe