## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:22-cr-117** |
| | : | |
| **v.** | : | **JUDGE EDMUND A. SARGUS, JR** |
| | : | |
| **CORDELL A. WASHINGTON (1),** | : | |
| aka "Corey," | : | |
| aka "Dub," | : | |
| aka "Bro," | : | |
| | : | |
| **PATRICK SAULTZ (2),** | : | |
| aka "White Boy Pat," | : | |
| | : | |
| **ALLISON E. SMITH (4),** | : | |
| aka "Alli," | : | |
| | : | |
| **TYLER N. BOURDO (6),** | : | |
| | : | |
| **ALEXIS C. LEWIS (7),** | : | |
| | : | |
| **DUSTIN A. SPEAKMAN (10),** | : | |
| aka "Dawg," | : | |
| | : | |
| **ANTHONY B. FRIERSON (12),** | : | |
| aka "Royal," | : | |
| | : | |
| **MICHAEL D. BURTON (13),** | : | |
| | : | |
| **BRIAN K. LONG II (14),** | : | |
| | : | |
| **CAITLIN R.S. DUFF (15),** | : | |
| | : | |
| **ROBERT L. PYLES (18),** | : | |
| aka "Pork," | : | |
| | : | |
| **BRITTANY A. WILLIAMS (20),** | : | |
| | : | |
| **LAUREN E. BREZNY (21),** | : | |
| | : | |
| **PRISCILLA L. WASHINGTON (22),** | : | |
| | : | |

and                                           :
                                              :
**ROBERT E. TINSLEY III (23),**               :
   aka "Cam,"                                 :
                                              :
   **Defendants.**                            :

## PROOF OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1), Fed. R. Crim. P. 32.2(b)(6), and Supplemental Rule G(4)(a)(iv)(C), notices of the Preliminary Orders of Forfeitures (Docs. 766, 515, 565, 781, 567, 777, 620, 776, 566, 774, 773, 784, 775, 783, and 782) were posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 11, 2024, as evidenced by attached Exhibits.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney


*s/Timothy D. Prichard*
TIMOTHY D. PRICHARD (0059455)
EMILY CZERNIEJEWSKI
Assistant United States Attorneys
Attorneys for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Tim.Prichard@usdoj.gov
Emily.Czerniejewski@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2025, a copy of the foregoing Proof of Publication was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*s/Timothy D. Prichard*
TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney