

**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. CORDELL A. WASHINGTON, aka "Corey," aka "Dub," aka "Bro"

**Court Case No:**　　　　2:22-CR-117(01)
**For Asset ID(s):**　　　　See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**
**COURT CASE NUMBER: 2:22-CR-117(01); NOTICE OF FORFEITURE**

Notice is hereby given that on April 15, 2024, in the case of <u>U.S. v. CORDELL A. WASHINGTON, aka "Corey," aka "Dub," aka "Bro"</u>, Court Case Number 2:22-CR-117(01), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

Forf. Item a1) High Standard, .22 caliber pistol, bearing Serial Number 690090, seized on or about December 17, 2020, from the residence located at ██████ ██████ Columbus, Ohio (21-ICE-003375);

Forf. Item a2) Ruger LC9S, 9mm pistol, bearing Serial Number 327-14814, seized on or about December 17, 2020, from the residence located at ████████████, Columbus, Ohio (21-ICE-003376);

Forf. Item h1) A Jimenez Arms .380 caliber pistol, bearing Serial Number 091278, seized on or about August 4, 2021, from the residence located at ██████ ████████████, Columbus, Ohio (21-ICE-003378);

Forf. Item h2) A Bryco Arms 9mm pistol, bearing Serial Number 150957, seized on or about August 4, 2021, from the residence located at ████████████ ██████, Columbus, Ohio (21-ICE-003379);

Forf. Item h3) A Ruger .22 caliber pistol, bearing Serial Number 363-74908, seized on or about August 4, 2021, from the residence located at ████████████ ██████, Columbus, Ohio (21-ICE-003380);

Forf. Item h5) Approximately $9,701.00 in United States Currency, seized on or about August 4, 2021, from the residence located at ████████████████, Columbus, Ohio (21-ICE-003381);

Forf. Item b3) Approximately $10,255.00 United States Currency seized on or about June 29, 2022, from the master bedroom of the residence located at ████████ ████████, Ohio (22-DEA-693567);

Forf. Item b3) Approximately $540.00 in United States Currency seized on or about June 29, 2022, from a wallet found in the residence located at ████████████, Pickerington, Ohio, which also held an identification card for Cordell Washington (22-DEA-693588);

Forf. Item j34) Approximately $17,015.00 in United States Currency seized on or about July 1, 2022, from a crawl space found in the basement of the residence located at ████████████ Columbus, Ohio (22-DEA-693631);

Forf. Item j34) $4,702.00 United States Currency seized on or about July 1, 2022, from the master bedroom in the residence located at ████████████, Columbus, Ohio (22-DEA-693658);

Forf. Item b1) A Smith and Wesson 9mm firearm, bearing Serial Number NCK9689, seized on or about June 29, 2022, from the residence located at ████████████ ████, Pickerington, Ohio (22-ICE-003018);

Forf. Item b4) A Diamond plated Rolex watch, seized on or about June 29, 2022, from the residence located at ████████████, Pickerington, Ohio (22-ICE-003019);

Forf. Item b5) A Diamond ring, seized on or about June 29, 2022, from the residence located at ████████████, Pickerington, Ohio (22-ICE-003019);

Forf. Item b6) A Rolex watch, held in a box seized on or about June 29, 2022, from the residence located at ████████████, Pickerington, Ohio (22-ICE-003019);

Forf. Item b7) Gold and diamond earrings, seized on or about June 29, 2022, from the residence located at ████████████, Pickerington, Ohio (22-ICE-003019);

Forf. Item b8) Diamond earrings, seized on or about June 29, 2022, from the residence located at ████████████, Pickerington, Ohio (22-ICE-003019);

Forf. Item j1) A CZ Scorpion pistol, bearing Serial Number C952539, seized on or about July 1, 2022, from the residence located at ████████████, Columbus, Ohio (22-ICE-003020);

Forf. Item j2) An Anderson AM15 rifle, bearing Serial Number 15020490, seized on or about July 1, 2022, from the residence located at ████████████, Columbus, Ohio (22-ICE-003021);

Forf. Item j3) An Intratec 9mm Mod AB-10 pistol, bearing Serial Number A017639, seized on or about July 1, 2022, from the residence located at ████████████, Columbus, Ohio (22-ICE-003022);

Forf. Item j4) A Yugoslavian 59/66 rifle, bearing Serial Number J-354260, seized on or about July 1, 2022, from the residence located at ████████████, Columbus, Ohio (22-ICE-003023);

Forf. Item j5) An Anderson AM-16 rifle, bearing Serial Number 15281454, seized on or about July 1, 2022, from the residence located at ████████████, Columbus, Ohio (22-ICE-003024);

Forf. Item j6) A Glock 23C pistol, bearing Serial Number ABRW497, seized on or about July 1, 2022, from the residence located at ████████████, Columbus, Ohio (22-ICE-003025);

Forf. Item j7) A Glock 21 pistol, bearing Serial Number DNR511US, seized on or

about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003026);

Forf. Item j8) A RomArm Draco AR47 pistol, bearing Serial Number DB-0819-16RO, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003027);

Forf. Item j9) A Century Arms VSKA rifle, bearing Serial Number SV7005393, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003028);

Forf. Item j10) A RomArm micro draco pistol, bearing Serial Number PMD-0562418RO, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003029);

Forf. Item j11) A Ruger Super Redhawk revolver, bearing Serial Number 55147343, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio, (22-ICE-003030);

Forf. Item j12) A Smith and Wesson M&P Shield pistol, bearing Serial Number HKY7806, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003031);

Forf. Item j13) A Walther 9mm pistol, bearing Serial Number FAN8218, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003032);

Forf. Item j14) An Armi GT27 pistol, bearing Serial Number M57005, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003033);

Forf. Item j15) A Ruger 10/22 rifle, bearing Serial Number 821-03941, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003034);

Forf. Item j16) A Bushmaster rifle, bearing Serial Number BFI659961, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003035);

Forf. Item j17) A Mossberg 88 shotgun, bearing Serial Number MV51813V, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003036);

Forf. Item j18) A Romarm SAR-1 rifle, bearing Serial Number S1-57119-2002, seized on or about July 1, 2022, from the residence located at █████████, Columbus, Ohio (22-ICE-003037);

Forf. Item j19) A Marlin 30-30 rifle, bearing Serial Number 95002559, seized on or about July 1, 2022, from the residence located at █████████, Columbus,

Ohio (22-ICE-003038);

Forf. Item j20) A GSG S22 rifle, bearing Serial Number A564876, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003039);

Forf. Item j21) A Western Field M550AD shotgun, bearing no Serial Number, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003040);

Forf. Item j22) A New England 17 HMR rifle, bearing Serial Number NV227057, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003041);

Forf. Item j23) A Bond Arms Colt 45 pistol, bearing Serial Number 83973, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003042);

Forf. Item j24) A Taurus PT145 pistol, bearing Serial Number NCU68899, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003043);

Forf. Item j25) A Taurus PT24/7 pistol, bearing Serial Number NAR16534, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003044);

Forf. Item j26) A Smith and Wesson M&P pistol, bearing Serial Number HRD9611, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003045);

Forf. Item j27) A Taurus pistol, bearing Serial Number TIM21658, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003046);

Forf. Item j28) A Beretta pistol, bearing Serial Number PX4 PZ1310D, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003047);

Forf. Item j29) An F.lli Pietta PN pistol, bearing Serial Number 401511, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003048);

Forf. Item j30) An FEG CAI PA-63 pistol, bearing Serial Number AG4689, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003049);

Forf. Item j31) A Sig Sauer pistol, bearing Serial Number 58C131902 or 58C13190Z, seized on or about July 1, 2022, from the residence located at ███ ███████, Columbus, Ohio (22-ICE-003050);

Forf. Item j32) A Springfield XD firearm, bearing Serial Number US477570, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003051);

Forf. Item j33) Assorted magazines, ammunition, and firearm attachments, seized on or about July 1, 2022, from the residence located at ███████████, Columbus, Ohio (22-ICE-003052).

Forf. Item d1) A Remington Wingmaster 870 shotgun, bearing Serial Number S635855V, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item d2) A Sears Roebuck Model 21 shotgun, bearing no Serial Number, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item d3) A Mauser K98 rifle, bearing Serial Number 9130256982, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item d4) A Mossberg 930, shotgun, bearing Serial Number AF116053, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item d5) A Winchester 94 rifle, bearing Serial Number 4547097, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item d6) A Kel-Tec PLR 16 pistol, with scope, and bearing Serial Number P8J10, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item e) A Rolex Oyster Perpetual Datejust watch held in a green box seized on or about June 30, 2022, from Car-Go Storage, Unit T15 (23-ICE-001557);

Forf. Item f1) A Smith and Wesson M&P 2.0 pistol, bearing Serial Number NCL4076, seized on or about June 30, 2022, from Car-Go Storage, Unit O19 (23-ICE-001558);

Forf. Item i1) A Smith and Wesson, US M&P P9 handgun, bearing Serial Number NBL1170, seized on or about February 17, 2022, from the residence located at ███ ███████████████, Columbus, Ohio (23-ICE-001834);

Forf. Item i2) All magazines and ammunition, seized on or about February 17, 2022, from the residence located at ███████████████, Columbus, Ohio (23-ICE-001834);

Forf. Item i3) Approximately $2,668.00 in United States Currency, seized on or about February 17, 2022, from the residence located at ███████████████, Columbus, Ohio (23-ICE-001834);

Forf. Item g) Approximately $112,646.18 in United States Currency seized on or

about July 11, 2022, from Huntington Bank Business Checking Account xxxx3720, held in the name of Ohio P&C Properties, LLC, pursuant to a federal seizure warrant (23-IRS-000362);

Forf. Item q)  The Real Property known and numbered as 465 East Morrill Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC; Permanent Parcel Number:  010-1477 (23-IRS-000363);

Forf. Item r) The Real Property known and numbered as 430 1/2 South Warren Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC, Tax Parcel #:  010-008937 (23-IRS-000364);

Forf. Item s) The Real Property known and numbered as 440 South Harris Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC, Permanent Parcel No:  010-024345-00 (23-IRS-000365);

Forf. Item t) The Real Property known and numbered as 113 Whitethorne Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC, Parcel Number:  010-028090-00 (23-IRS-000366);

Forf. Item u) The Real Property known and numbered as 121 Whitethorne Street, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties, LLC, Parcel Number:  010-000068 (23-IRS-000367);

Forf. Item v) The Real Property known and numbered as 559 South Burgess Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC, Permanent Parcel Number:  010-68315 (23-IRS-000368);

Forf. Item w) The Real Property known and numbered as 438 South Harris Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC, Parcel No.: 010-44300 (23-IRS-000369);

Forf. Item x) The Real Property known and numbered as 140 Whitethorne Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties, Tax Parcel Number: 010-024164-00 (23-IRS-000370);

Forf. Item c)  A red 1988 Chevrolet Monte Carlo, VIN 1G1GZ11G3JP109009, last known to display Ohio license JTH9187, titled in the name of Cordell A. Washington (24-ICE-000723);

Forf. Item a3) Assorted ammunition and magazines seized from Cordell

Washington (24-ICE-000725);

Forf. Item b2) Assorted ammunition and magazines seized from Cordell Washington (24-ICE-000725);

Forf. Item d7) Assorted ammunition and magazines seized from Cordell Washington (24-ICE-000725);

Forf. Item f2) Assorted ammunition and magazines seized from Cordell Washington (24-ICE-000725);

Forf. Item k) The Real Property known and numbered as 505 South Harris Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Cordell Washington, Parcel Number 010-38884 (24-IRS-000286);

Forf. Item l) The Real Property known and numbered as 139 South Princeton Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Cordell A. Washington, Parcel Number 010-053564 (24-IRS-000287);

Forf. Item m) The Real Property known and numbered as 528 South Oakley Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Cordell A. Washington, Parcel Number 010-065851 (24-IRS-000288);

Forf. Item n) The Real Property known and numbered as 1431 Atcheson Street, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Cordell A. Washington, Parcel Number 010-063671 (24-IRS-000289);

Forf. Item o) The Real Property known and numbered as 2321 Joyce Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Cordell A. Washington, Parcel Number 010-070901 (24-IRS-000290); and

Forf. Item p) The Real Property known and numbered as 851 Clarendon Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Corey Washington, Parcel Number 010-121963 (24-IRS-000291).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily

Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. PATRICK M. SAULTZ, aka "White Boy Pat"

**Court Case No:**    2:22-CR-117(2)
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
COURT CASE NUMBER: 2:22-CR-117(2); NOTICE OF FORFEITURE**

Notice is hereby given that on September 21, 2023, in the case of <u>U.S. v. PATRICK M. SAULTZ, aka "White Boy Pat"</u>, Court Case Number 2:22-CR-117(2), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

Forf. Item 9.  Approximately $5,000.00 in United States Currency seized on June 29, 2022, from the 2019 black BMW located at the residence of ███████████ ████, Columbus, Ohio (22-DEA-693541);

Forf. Item 1.  A black 2019 BMW 7 Series, VIN WBA7F2C56KB239637, last known to display Ohio license O031151, titled in the name of Defendant Patrick M. Saultz (23-ICE-001553);

Forf. Item 2.  A black 1986 Buick Regal, VIN 1G4GK4772GP458025, last known to display Ohio license 295ZKR, titled in the name of Defendant Patrick M. Saultz (23-ICE-001554);

Forf. Item 3. A teal Harley Davidson Road Glide motorcycle, VIN 1HD1KTM11FB611217, last known to display Ohio license HYS59, titled in the name of Ashley R. Morrison (Ashley Saultz) (23-ICE-001555);

Forf. Item 5. A Remington Wingmaster 870 shotgun, bearing Serial Number S635855V, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item 5.  A Sears Roebuck Model 21 shotgun, bearing no Serial Number, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item 5.  A Mauser K98 rifle, bearing Serial Number 9130256982, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item 5.  A Mossberg 930, shotgun, bearing Serial Number AF116053, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item 5.  A Winchester 94 rifle, bearing Serial Number 4547097, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item 5.  A Kel-Tec PLR 16 pistol, with scope, and bearing Serial Number P8J10, seized on or about June 30, 2022, from Car-Go Storage, Unit S14 (23-ICE-001556);

Forf. Item 6.  A Rolex Oyster Perpetual Datejust watch held in a green box seized

on or about June 30, 2022, from Car-Go Storage, Unit T15 (23-ICE-001557);

Forf. Item 7.  A Smith and Wesson M&P 2.0 pistol, bearing Serial Number NCL4076, and all magazines and ammunition seized on or about June 30, 2022, from Car-Go Storage, Unit O19 (23-ICE-001558);

Forf. Item 9.  A Ruger-57 pistol, bearing Serial Number 641-60669, seized on or about June 29, 2022, from the residence located at 140 Whitethorne Avenue, Columbus, Ohio (23-ICE-001559);

Forf. Item 9.  A Rolex watch seized on or about June 29, 2022, from the residence located at ███████████████, Columbus, Ohio (23-ICE-001560);

Forf. Item 10.  A Smith and Wesson, US M&P P9 handgun, bearing Serial Number NBL1170, seized on or about February 17, 2022, from the residence located at ██ ███████████████, Columbus, Ohio (23-ICE-001834);

Forf. Item 10.  Approximately $2,668.00 in United States currency seized on or about February 17, 2022, from the residence located at ██████████████, Columbus, Ohio (23-ICE-001834).

Forf. Item 11.  Approximately $9,000.00 in United States Currency seized on or about October 27, 2022, from the residence located at ███████████, Columbus, Ohio (23-ICE-001836);

Forf. Item 5.  Assorted ammunition and magazines seized from Patrick Saultz (23-ICE-002632);

Forf. Item 9.  Assorted ammunition and magazines seized from Patrick Saultz (23-ICE-002632);

Forf. Item 10.  Assorted ammunition and magazines seized from Patrick Saultz (23-ICE-002632);

Forf. Item 4.  Approximately $71,730.27 seized on or about July 11, 2022, from JP Morgan Chase Checking Account xxxx6895, held in the name of Patrick Saultz, pursuant to a federal seizure warrant (23-IRS-000361);

Forf. Item 8.  Approximately $112,646.18 in United States Currency, seized on or about July 11, 2022, from Huntington Bank Business Checking Account xxxx3720, held in the name of Ohio P&C Properties, LLC, pursuant to a federal seizure warrant (23-IRS-000362);

Forf. Item 12.  The Real Property known and numbered as 465 East Morrill Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC; Permanent Parcel Number:  010-1477 (23-IRS-000363);

Forf. Item 13.  The Real Property known and numbered as 430 1/2 South Warren Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC, Tax Parcel #:  010-008937 (23-IRS-000364);

Forf. Item 14.  The Real Property known and numbered as 440 South Harris Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC, Permanent Parcel No:  010-024345-00 (23-IRS-000365);

Forf. Item 15.  The Real Property known and numbered as 113 Whitethorne Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC, Parcel Number:  010-028090-00 (23-IRS-000366);

Forf. Item 16.  The Real Property known and numbered as 121 Whitethorne Street, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties, LLC, Parcel Number:  010-000068 (23-IRS-000367);

Forf. Item 17.  The Real Property known and numbered as 559 South Burgess Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC, Permanent Parcel Number:  010-68315 (23-IRS-000368);

Forf. Item 18.  The Real Property known and numbered as 438 South Harris Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties LLC, Parcel No.: 010-44300 (23-IRS-000369); and

Forf. Item 19.  The Real Property known and numbered as 140 Whitethorne Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner:  Ohio P & C Properties, Tax Parcel Number:  010-024164-00 (23-IRS-000370).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. ALLISON E. SMITH aka "Alli"

**Court Case No:**     2:22-CR-117(4)
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**
**COURT CASE NUMBER: 2:22-CR-117(4); NOTICE OF FORFEITURE**

Notice is hereby given that on December 19, 2023, in the case of <u>U.S. v. ALLISON E. SMITH aka "Alli"</u>, Court Case Number 2:22-CR-117(4), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

Approximately $8,386.00 in United States Currency seized on or about June 29, 2022, from the residence located at ███████████████, Columbus, Ohio (22-DEA-693513).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm

website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.