

**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. TYLER N. BOURDO

| Court Case No: | 2:22-CR-117(06) |
|---|---|
| For Asset ID(s): | See Attached Advertisement Copy |

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**EXHIBIT 2**

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
COURT CASE NUMBER: 2:22-CR-117(06); NOTICE OF FORFEITURE**

Notice is hereby given that on April 22, 2024, in the case of <u>U.S. v. TYLER N. BOURDO</u>, Court Case Number 2:22-CR-117(06), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

Forf. Item 1.  The following property seized on or about June 29, 2022, from the residence located at ▮▮▮▮▮▮▮▮▮▮▮▮, Columbus, Ohio:

Forf. Item 1c. Approximately $4,660.40 in United States Currency (22-DEA-693556);

Forf. Item 1a.  A loaded Glock 27 firearm, bearing serial number AGBV081 (22-ICE-003053); and

Forf. Item 1b.  All magazines and ammunition (22-ICE-003054).

Forf. Item 2.   A white 2017 BMW 5 Series, VIN WBAJA5C30HG894683, last known to display Ohio license JAL3947, titled in the name of William Vladimir Denega(22-ICE-003055).

Forf. Item3.  The following property seized on or about February 17, 2022, from the residence located at ▮▮▮▮▮▮▮▮▮▮▮▮, Columbus, Ohio:

Forf. Item 3a.  A Smith and Wesson, US M&P P9 handgun, bearing serial number NBL1170 (23-ICE-001834);

Forf. Item 3b.  All magazines and ammunition (23-ICE-001834); and

Forf. Item 3c.  Approximately $2,668.00 in United States Currency (23-ICE-001834).

Forf. Item 4.  An Apple iPhone with associated MSISDN number 16146232777, including its contents (24-ICE-000733); and

Forf. Item 5.  An Apple iPhone with associated MSISDN number 16147433628, including its contents (24-ICE-000734).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal

Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. ALEXIS C. LEWIS

**Court Case No:**       2:22-CR-117(7)
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
COURT CASE NUMBER: 2:22-CR-117(7); NOTICE OF FORFEITURE**

Notice is hereby given that on December 20, 2023, in the case of <u>U.S. v. ALEXIS C. LEWIS</u>, Court Case Number 2:22-CR-117(7), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

The following property seized on or about June 29, 2022, from the residence located at ██████████████, Columbus, Ohio:

Forf. Item c.    Approximately $5,000.00 in United States Currency from the 2019 black BMW located at the residence (22-DEA-693541);

Forf. Item a.    A Ruger-57 pistol, bearing Serial Number 641-60669 (23-ICE-001559);

Forf. Item b.    Assorted magazines and ammunition (23-ICE-001559); and

Forf. Item d.    A Rolex watch (23-ICE-001560).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts

you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. DUSTIN A. SPEAKMAN, aka "Dawg"

**Court Case No:**      2:22-CR-117(10)
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**
**COURT CASE NUMBER: 2:22-CR-117(10); NOTICE OF FORFEITURE**

Notice is hereby given that on April 18, 2024, in the case of <u>U.S. v. DUSTIN A. SPEAKMAN, aka "Dawg"</u>, Court Case Number 2:22-CR-117(10), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

An Apple iPhone with associated MSISDN number 16146232777, including its contents (24-ICE-000733); and

An Apple iPhone with associated MSISDN number 16147433628, including its contents (24-ICE-000734).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition

for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. ANTHONY B. FRIERSON, aka "Royal"

**Court Case No:**     2:22-CR-117(12)
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**
**COURT CASE NUMBER: 2:22-CR-117(12); NOTICE OF FORFEITURE**

Notice is hereby given that on February 15, 2024, in the case of U.S. v. ANTHONY B. FRIERSON, aka "Royal", Court Case Number 2:22-CR-117(12), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

a.   One LG Stylo 6 cellular telephone with IMEI 354527113628733, including its contents (24-ICE-000735); and

b.   One Samsung Galaxy Note 9 cellular telephone with IMEI 358496090361476, including its contents (24-ICE-000736).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition

for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. MICHAEL D. BURTON

**Court Case No:** 2:22-CR-117(13)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
COURT CASE NUMBER: 2:22-CR-117(13); NOTICE OF FORFEITURE**

Notice is hereby given that on April 18, 2024, in the case of <u>U.S. v. MICHAEL D. BURTON</u>, Court Case Number 2:22-CR-117(13), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

The following property seized on or about August 3, 2022, from 3183 Carlee Drive, Columbus, Ohio:

a.  A loaded FN (FN Herstal) 5.7 x 28 semi-automatic handgun, bearing Serial Number 386371429, (22-ICE-003056);

b.  All magazines and ammunition (22-ICE-003057); and

c.  Approximately $20,230.00 in United States Currency(22-ICE-003058).

The following property seized on or about August 3, 2022, from  , Columbus, Ohio:

a.  A loaded Smith & Wesson M&P Shield 9, 9mm handgun, bearing Serial Number LEV0738 (22-ICE-003059);

b.  A loaded Ruger EC9S, 9mm handgun, bearing Serial Number 45486947(22-ICE-003060); and

c.  All magazines and ammunition (22-ICE-003057).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. BRIAN K. LONG II

**Court Case No:** 2:22-CR-117(14)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Attachment 1

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
COURT CASE NUMBER: 2:22-CR-117(14); NOTICE OF FORFEITURE**

Notice is hereby given that on December 20, 2023, in the case of <u>U.S. v. BRIAN K. LONG II</u>, Court Case Number 2:22-CR-117(14), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

    i.   A loaded Jimenez Arms .380 handgun, bearing serial number 393224, including any magazines and ammunition (22-ICE-003061);

    ii.   A Walther PPS 9mm handgun, bearing serial number AN3438, including any magazines and ammunition (23-ICE-002640); and

    iii.   A loaded Taurus 9mm handgun, bearing serial number AGG005672 (23-ICE-002641).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of

the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.