

**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. CAITLIN R.S. DUFF

**Court Case No:** 2:22-CR-117(15)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**EXHIBIT 3**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**
**COURT CASE NUMBER: 2:22-CR-117(15); NOTICE OF FORFEITURE**

Notice is hereby given that on April 18, 2024, in the case of <u>U.S. v. CAITLIN R.S. DUFF</u>, Court Case Number 2:22-CR-117(15), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

i.   A loaded Jimenez Arms .380 handgun, bearing serial number 393224, including any magazines and ammunition (22-ICE-003061);

ii.  A Walther PPS 9mm handgun, bearing serial number AN3438, including any magazines and ammunition (23-ICE-002640); and

iii. A loaded Taurus 9mm handgun, bearing serial number AGG005672 (23-ICE-002641).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH 43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH 43215. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of

the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. ROBERT L. PYLES, a/k/a "Pork"

**Court Case No:**        2:22-CR-117(18)
**For Asset ID(s):**       See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**
**COURT CASE NUMBER: 2:22-CR-117(18); NOTICE OF FORFEITURE**

Notice is hereby given that on April 18, 2024, in the case of <u>U.S. v. ROBERT L. PYLES, a/k/a "Pork"</u>, Court Case Number 2:22-CR-117(18), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

One white Apple iPhone in an Otterbox (23-ICE-002642).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online,

you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. BRITTANY A. WILLIAMS

**Court Case No:**        2:22-CR-117(20)
**For Asset ID(s):**        See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
COURT CASE NUMBER: 2:22-CR-117(20); NOTICE OF FORFEITURE**

Notice is hereby given that on April 22, 2024, in the case of U.S. v. BRITTANY A. WILLIAMS, Court Case Number 2:22-CR-117(20), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

One blue and gray Motorola cellular telephone, including its contents (24-ICE-000737).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH 43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH 43215. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and

the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. LAUREN E. BREZNY

**Court Case No:**       2:22-CR-117(21)
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
COURT CASE NUMBER: 2:22-CR-117(21); NOTICE OF FORFEITURE**

Notice is hereby given that on April 18, 2024, in the case of <u>U.S. v. LAUREN E. BREZNY</u>, Court Case Number 2:22-CR-117(21), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

One Apple iPhone 12 Pro Max cellular telephone, model number MG9E3LL/A, with serial number F2NF62YN0D42, including its contents (23-ICE-002643).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and

the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2024 and June 09, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. PRISCILLA L. WASHINGTON

**Court Case No:**       2:22-CR-117(22)
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2024 | 23.9 | Verified |
| 2 | 05/12/2024 | 24.0 | Verified |
| 3 | 05/13/2024 | 23.8 | Verified |
| 4 | 05/14/2024 | 23.9 | Verified |
| 5 | 05/15/2024 | 23.9 | Verified |
| 6 | 05/16/2024 | 23.9 | Verified |
| 7 | 05/17/2024 | 24.0 | Verified |
| 8 | 05/18/2024 | 24.0 | Verified |
| 9 | 05/19/2024 | 23.9 | Verified |
| 10 | 05/20/2024 | 23.9 | Verified |
| 11 | 05/21/2024 | 24.0 | Verified |
| 12 | 05/22/2024 | 23.9 | Verified |
| 13 | 05/23/2024 | 23.9 | Verified |
| 14 | 05/24/2024 | 23.9 | Verified |
| 15 | 05/25/2024 | 23.9 | Verified |
| 16 | 05/26/2024 | 24.0 | Verified |
| 17 | 05/27/2024 | 24.0 | Verified |
| 18 | 05/28/2024 | 23.9 | Verified |
| 19 | 05/29/2024 | 24.0 | Verified |
| 20 | 05/30/2024 | 23.9 | Verified |
| 21 | 05/31/2024 | 24.0 | Verified |
| 22 | 06/01/2024 | 24.0 | Verified |
| 23 | 06/02/2024 | 23.9 | Verified |
| 24 | 06/03/2024 | 23.9 | Verified |
| 25 | 06/04/2024 | 24.0 | Verified |
| 26 | 06/05/2024 | 24.0 | Verified |
| 27 | 06/06/2024 | 23.9 | Verified |
| 28 | 06/07/2024 | 24.0 | Verified |
| 29 | 06/08/2024 | 23.9 | Verified |
| 30 | 06/09/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**
**COURT CASE NUMBER: 2:22-CR-117(22); NOTICE OF FORFEITURE**

Notice is hereby given that on April 22, 2024, in the case of <u>U.S. v. PRISCILLA L. WASHINGTON</u>, Court Case Number 2:22-CR-117(22), the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

The following property seized on or about July 1, 2022, from the residence located at 1214 Smith Road, Columbus, Ohio:

Forf. Item 34. Approximately $21,717.00 in United States Currency, which includes:

Approximately $17,015.00 in United States Currency seized from a crawl space found in the basement of the residence (22-DEA-693631); and

Approximately $4,702.00 United States Currency seized from the master bedroom in the residence (22-DEA-693658).

Forf. Item 1.  A CZ Scorpion pistol, bearing Serial Number C952539, (22-ICE-003020);

Forf Item 2. An Anderson AM15 rifle, bearing Serial Number 15020490, (22-ICE-003021);

Forf. Item 3.  An Intratec 9mm Mod AB-10 pistol, bearing Serial Number A017639 (22-ICE-003022);

Forf. Item 4.  A Yugoslavian 59/66 rifle, bearing Serial Number J-354260 (22-ICE-003023);

Forf. Item 5.  An Anderson AM-16 rifle, bearing Serial Number 15281454 (22-ICE-003024);

Forf. Item 6.  A Glock 23C pistol, bearing Serial Number ABRW497 (22-ICE-003025);

Forf. Item 7.  A Glock 21 pistol, bearing Serial Number DNR511US (22-ICE-003026);

Forf. Item 8.  A RomArm Draco AR47 pistol, bearing Serial Number DB-0819-16RO (22-ICE-003027);

Forf. Item 9.  A Century Arms VSKA rifle, bearing Serial Number SV7005393 (22-ICE-003028);

Forf. Item 10.  A RomArm micro draco pistol, bearing Serial Number PMD-0562418RO (22-ICE-003029);

Forf. Item 11.  A Ruger Super Redhawk revolver, bearing Serial Number 55147343 (22-ICE-003030);

Forf. Item 12.  A Smith and Wesson M&P Shield pistol, bearing Serial Number HKY7806 (22-ICE-003031);

Forf. Item 13.  A Walther 9mm pistol, bearing Serial Number FAN8218 (22-ICE-003032);

Forf. Item 14.  An Armi GT27 pistol, bearing Serial Number M57005 (22-ICE-003033);

Forf. Item 15.  A Ruger 10/22 rifle, bearing Serial Number 821-03941 (22-ICE-003034);

Forf. Item 16.  A Bushmaster rifle, bearing Serial Number BFI659961(22-ICE-003035);

Forf. Item 17.  A Mossberg 88 shotgun, bearing Serial Number MV51813V (22-ICE-003036);

Forf. Item 18.  A Romarm SAR-1 rifle, bearing Serial Number S1-57119-2002 (22-ICE-003037);

Forf. Item 19.  A Marlin 30-30 rifle, bearing Serial Number 95002559 (22-ICE-003038);

Forf. Item 20.  A GSG S22 rifle, bearing Serial Number A564876 (22-ICE-003039);

Forf. Item 21.  A Western Field M550AD shotgun, bearing no Serial Number (22-ICE-003040);

Forf. Item 22.  A New England 17 HMR rifle, bearing Serial Number NV227057 (22-ICE-003041);

Forf. Item 23.  A Bond Arms Colt 45 pistol, bearing Serial Number 83973 (22-ICE-003042);

Forf Item 24.  A Taurus PT145 pistol, bearing Serial Number NCU68899 (22-ICE-003043);

Forf. Item 25.  A Taurus PT24/7 pistol, bearing Serial Number NAR16534(22-ICE-003044);

Forf. Item 26.  A Smith and Wesson M&P pistol, bearing Serial Number HRD9611

(22-ICE-003045);

Forf. Item 27.  A Taurus pistol, bearing Serial Number TIM21658 (22-ICE-003046);

Forf. Item 28.  A Beretta pistol, bearing Serial Number PX4 PZ1310D (22-ICE-003047);

Forf. Item 29.  An F.lli Pietta PN pistol, bearing Serial Number 401511 (22-ICE-003048);

Forf. Item 30.  An FEG CAI PA-63 pistol, bearing Serial Number AG4689 (22-ICE-003049);

Forf. Item 31.  A Sig Sauer pistol, bearing Serial Number 58C131902 or 58C13190Z (22-ICE-003050);

Forf. Item 32.  A Springfield XD firearm, bearing Serial Number US477570 (22-ICE-003051); and

Forf. Item 33.  Assorted magazines, ammunition, and firearm attachments (22-ICE-003052).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of

the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Timothy D. Prichard and Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.