**Joseph Little**
4294 E Livingston Ave
Columbus, Ohio,43227
littlejoe44@yahoo.com
614-354-8683
Date: 11/10/2025
U.S. Attorney's Office
303 Marconi Blvd Suite 200
Columbus, Ohio,43215

Subject: Request for Return of Firearm

Dear Sir/Madam,

My name is Joseph Little], and I am writing to formally request the return of a firearm that was seized or held by your office. The details of the firearm are as follows:

- Make and Model: Smith & Wesson
- Serial Number: HRD9611
- Date of Seizure or when I was notified: Not sure exactly / Certified Mail
- Case Number (if applicable): 2:22-cr-117

I understand the importance of ensuring responsible firearm ownership and have taken all necessary steps to comply with relevant laws and regulations. I respectfully request that the firearm be returned to me, and I am willing to provide any additional information or documentation to facilitate this process.

Please let me know if there are any further steps I need to undertake or forms I need to complete. I appreciate your prompt attention to this matter and look forward to your response.

Thank you very much for your assistance.

Sincerely,
Joseph Little

- Enclosed are 2 police reports. I am not sure which one applies to this case.