

# THE CITY OF COLUMBUS
ANDREW J. GINTHER, MAYOR

## DIVISION OF POLICE

Case Report Number: **240177591-001**

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215

# Preliminary Investigation

Case Report Date:     **3/13/2024 5:00:00 PM**

## Case Report

Administrative

| | | | |
|---|---|---|---|
| Case Number | 240177591 | Verification Level | |
| Case Report Number | 240177591-001 | Latitude | |
| Subject | 102 - Burglary - Zone 2 | Longitude | |
| Disposition | Inactive | Jurisdiction | Columbus, OH |
| Entered On | 3/14/2024 12:12:28 AM | Grid | Zone 2 |
| Entered By | Ezell, Jerry | Sector | 14 Pct |
| Reported On | 3/13/2024 5:00:00 PM | Map | 142 District |
| Reporting Officer | Ezell, Jerry | Census/Geo Code | |
| Reporting Agency | CPD - Columbus Division Of Police | Call Source | Dispatch |
| Report Type | | Related Cases | |
| Assisted By | | Means | |
| Occurred On (Date and Time) | Wednesday 2/14/2024 12:00:00 AM | Other Means | |
| Or Between (Date and Time) | Wednesday 3/13/2024 5:00:00 PM | Motives | |
| | | Other Motives | |
| Location | 5710 Bixbywoods Ct | Vehicle Activity | |
| CSZ | Columbus, OH 43232 | Direction Vehicle Traveling | |
| Location Name | | Cross Street | |
| Target | Multi-Family Dwelling | Notified | |
| Verification | | | |

For Exceptional Clearances

Clearance Basis
Exceptional Clearance Date

Narrative

The victim stated that he noticed today that the listed property was missing from his bedroom but doesn't know at what point within the last 30 days it was taken.  There were no signs of forced entry to the residence and he does not know who could have taken it.

## Offense

| | | | |
|---|---|---|---|
| Offense Code Section | Burglary | Method of Entry For Motor Vehicle Theft | |
| IBR Code | 220 | Method of Entry For Burglary/B&E | |
| ORC Code | 291112 | Method of Entry For Burglary/B&E | |
| IBR Group | A | | |
| Crime Against | Property | Method of Operation | |
| Location Type | Multiple Dwelling | Direction of Entry | |
| Secondary Location Type | | Using | Not Applicable |
| Completed | Yes | Weapons | None |
| Hate/Bias | No Bias/Not Applicable | Criminal Activity | |
| Domestic Violence | No | Type Security | Dead Bolts |
| Premises Entered | | Tools | |
| Entry | No Force | | |

## Offenders

## Victims

**Name:** Little, Joseph

| | |
|---|---|
| Victim Type | Individual |
| Victim of | 291112.22 - Burglary |

### Aliases

| Alias |
|---|
| |

### Alerts

### Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | 5710 Bixbywoods Ct Apt C | Columbus, OH 43232 | 25 - Franklin | United States of America |

### Phones

| Phone Type | Phone Number |
|---|---|
| H - Home | |

### Emails

| Email Address |
|---|
| |

| | | | |
|---|---|---|---|
| Sex | Male | Race | Black or African American |

| | | | |
|---|---|---|---|
| Ethnicity | | DL Country | |
| DOB | | SSN | |
| Age | 52 | Attire | |
| Eye Color | | Employer/School | |
| Hair Color | | Employer Address | |
| Facial Hair | | Employer CSZ | |
| Complexion | | Occupation/Grade | |
| Height | | Testify | |
| Weight | | Injury | |
| Resident | Tourist | Victim | |
| POB | | Investigative Case Number | |
| DLN | REDACTED | | |
| DL State | | | |

Offender Relationships

| Offender | Relationship |
|---|---|
| | |

Circumstances
Just. Hom. Circ.

LEOKA Info

| | | |
|---|---|---|
| Type | | Activity |
| Assignment | | ORI-Other Jurisdiction |

Notes

Witnesses ————————————————————————————————

Other Entities ————————————————————————————

Properties ————————————————————————————————

**Property** Handgun

| | | | |
|---|---|---|---|
| State Type | 44 | Count | 1 |
| Description | Smith & Wesson handgun | Value | 500.00 |
| Status | Stolen/Etc. (Bribed/Defrauded/Embezzled/Ransomed/Etc.) | Manufacturer | Simth & Wesson |
| | | Model | 45 |

| | | |
|---|---|---|
| Serial Number\VIN | | |
| Owner Applied Number | | |
| Finish | | |
| Condition | | |
| Identifying Marks | | |
| Color | Silver | |

| | | |
|---|---|---|
| Recovered Date | | |
| Owner | V - Little, Joseph | |
| Disposition | Not Applicable | |
| Evidence Tag | | |
| Alert(s) | | |
| Caliber | .45 | |

## Vehicle Information

| | | |
|---|---|---|
| Vehicle Type | | |
| Vehicle Year | | |
| Odometer Reading | | |
| Body Style | | |
| License Number | | |
| License Exp. Date | | |
| License State | | |
| Bicycle Make | | |
| Bicycle Model | | |

| | |
|---|---|
| Bicycle Speed | |
| Bicycle Wheel Size | |
| Boat Name | |
| Boat Type | |
| HIN | |
| Hull Shape | |
| Propulsion | |
| Boat Length | |

| Color Type | Color |
|---|---|
| | |

Drug Information
Drug Type
Drug Quantity
Drug Measure

Notes