

## THE CITY OF
# COLUMBUS
### ANDREW J. GINTHER, MAYOR

### DIVISION OF POLICE

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215

# Preliminary Investigation

Case Report Number: **203010665-001**

Case Report Date: **5/23/2020 10:42:07 AM**

## Case Report

Administrative ──────────────────────────────────────

| | | | |
|---|---|---|---|
| Case Number | 203010665 | Verification | |
| Case Report Number | 203010665-001 | Verification Level | |
| Subject | 108 - Felony Theft - Zone 2 - Generalist | Latitude | |
| Disposition | Active | Longitude | |
| Entered On | 5/23/2020 10:41:51 AM | Jurisdiction | Columbus, OH |
| Entered By | JONES, ERIC P | Grid | Zone 2 |
| Reported On | 5/23/2020 10:42:07 AM | Sector | 14 Pct |
| Reporting Officer | JONES, ERIC P | Map | 140 District |
| Reporting Agency | CPD - Columbus Division Of Police | Census/Geo Code | |
| Report Type | | Call Source | Phone |
| Assisted By | | Related Cases | |
| Occurred On (Date and Time) | Tuesday 10/1/2019 8:00:00 AM | Means | |
| | | Other Means | |
| Or Between (Date and Time) | Friday 5/1/2020 11:00:00 PM | Motives | |
| | | Other Motives | |
| Location | 4294 E Livingston Ave | Vehicle Activity | |
| CSZ | Columbus, OH 43227 | Direction Vehicle Traveling | |
| Location Name | | Cross Street | |
| Target | Other: Specify | Notified | |

For Exceptional Clearances

Clearance Basis
Exceptional Clearance Date

Narrative

Victim states that when he returned to his house after living elsewhere for awhile, he noticed that his firearm was missing.  Victim's adult daughter was living in the house during his absence, but she didn't know what happened to firearm.  So person unknown stole Victim's listed firearm.  Phone report.

## Offense

| | | | |
|---|---|---|---|
| Offense | Theft _ without consent - Theft From Building | Method of Entry For Motor Vehicle Theft | |
| Code Section | | Method of Entry For Burglary/B&E | |
| IBR Code | 23D | Method of Entry For Burglary/B&E | |
| ORC Code | 291302A1 | | |
| IBR Group | A | | |
| Crime Against | Property | Method of Operation | |
| Location Type | Single Family Home | Direction of Entry | |
| Secondary Location Type | | Using | Not Applicable |
| Completed | Yes | Weapons | None |
| Hate/Bias | No Bias/Not Applicable | Criminal Activity | |
| Domestic Violence | No | Type Security | |
| Premises Entered | | Tools | |
| Entry | | | |

## Offenders

## Victims

**Name:** Little, Joseph

| | |
|---|---|
| Victim Type | Individual |
| Victim of | 291302A1.23D - Theft _ without consent - Theft From Building |

### Aliases

| Alias |
|---|
| |

### Alerts

### Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | 4294 E Livingston Ave | Columbus, OH 43227 | | |

### Phones

| Phone Type | Phone Number |
|---|---|
| M - Mobile | |

### Emails

| Email Address |
|---|
| |

| | | | |
|---|---|---|---|
| Sex | Male | DL State | |
| Race | Unknown | DL Country | |
| Ethnicity | | SSN | |
| DOB | | Attire | |
| Age | 48 | Employer/School | |
| Eye Color | | Employer Address | |
| Hair Color | | Employer CSZ | |
| Facial Hair | | Occupation/Grade | |
| Complexion | | Testify | |
| Height | | Injury | |
| Weight | | Victim | |
| Resident | Resident | Investigative Case Number | |
| POB | | | |
| DLN | REDACTED | | |

Offender Relationships

| Offender | Relationship |
|---|---|
| | |

Circumstances
Just. Hom. Circ.

LEOKA Info

| | | |
|---|---|---|
| Type | | Activity |
| Assignment | | ORI-Other Jurisdiction |

Notes

Witnesses —————————————————————————————————————————————

Other Entities —————————————————————————————————————————

Properties —————————————————————————————————————————————

**Property** Other Firearms

| | | | | |
|---|---|---|---|---|
| State Type | 44 | | | (Bribed/Defrauded/Embezzled/Ransomed/Etc.) |
| Description | Handgun | Count | 1 | |
| Status | Stolen/Etc. | Value | 400.00 | |

| | | | | |
|---|---|---|---|---|
| Manufacturer | Smith & Wesson | | Color | Black |
| Model | MP40 | | Recovered Date | |
| Serial Number\VIN | HRD9611 | | Owner | V - Little, Joseph |
| Owner Applied Number | | | Disposition | Not Applicable |
| Finish | | | Evidence Tag Alert(s) | |
| Condition | | | Caliber | .40 |
| Identifying Marks | | | | |

### Vehicle Information

| | | |
|---|---|---|
| Vehicle Type | Bicycle Speed | |
| Vehicle Year | Bicycle Wheel Size | |
| Odometer Reading | Boat Name | |
| Body Style | Boat Type | |
| License Number | HIN | |
| License Exp. Date | Hull Shape | |
| License State | Propulsion | |
| Bicycle Make | Boat Length | |
| Bicycle Model | | |

| Color Type | Color |
|---|---|
| | |

Drug Information
Drug Type
Drug Quantity
Drug Measure

### Notes
+2 mags, in a case.