**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:22-cr-117** |
| **Plaintiff,** | : | |
| | : | **JUDGE EDMUND A. SARGUS, JR.** |
| **v.** | : | |
| | : | |
| **(1) CORDELL A. WASHINGTON,** | : | |
| aka "Corey," | : | |
| aka "Dub," | : | |
| aka "Bro," | : | |
| | : | |
| **(2) PATRICK SAULTZ,** | : | |
| aka "White Boy Pat," | : | |
| | : | |
| **(3) DAVID PRICE,** | : | |
| aka "DP," | : | |
| | : | |
| **(4) ALLISON SMITH,** | : | |
| aka "Alli," | : | |
| | : | |
| **(5) TAVARYYUAN JOHNSON,** | : | |
| aka "Gucci," | : | |
| aka "TJ," | : | |
| | : | |
| **(6) TYLER BOURDO,** | : | |
| | : | |
| **(7) ALEXIS LEWIS,** | : | |
| | : | |
| **(22) PRISCILLA L. WASHINGTON,** | : | |
| | : | |
| **Defendants.** | : | |

**UNITED STATES' NOTICE OF COMPLETED FORFEITURE**

The United States of America respectfully notifies the Court that the Drug Enforcement

Administration ("DEA") has completed the forfeiture of certain property named in the Forfeiture

Allegations of the Superseding Indictment (Doc. 148); Second Superseding Indictment (Doc. 778);

Superseding Informations (Docs. 470, 673, 681, 754); and the Preliminary Orders of Forfeiture

(Docs. 515, 565, 567, 766, 781, 783).  More particularly, the DEA, in accordance with the law, administratively forfeited the following property, as evidenced by Exhibit 1:

The following property seized on or about June 29, 2022, from the residence located at 150 Balderson Drive, Pickerington, Ohio:

- $10,255.00 in United States currency seized from the master bedroom in the residence; and

- $540.00 seized from a wallet found in the residence which also held an identification card for Cordell Washington;

The following property seized on or about June 29, 2022, from the residence located at 505 South Harris Avenue, Columbus, Ohio:

- $8,386.00 in United States currency;

The following property seized on or about June 29, 2022, from the residence located at 430A South Warren, Columbus, Ohio:

- $36,132.00 in United States currency seized from inside the residence;

- $6,914.00 in United States currency seized from Tavaryyuan Johnson's pants pockets at the time of his arrest at the residence; and

- $1,015.00 in United States currency seized from a purse found in the residence;

The following property seized on or about June 29, 2022, from the residence located at 430B South Warren, Columbus, Ohio:

- $4,660.40 in United States currency;

The following property seized on or about June 29, 2022, from the residence located at 140 Whitethorne Avenue, Columbus, Ohio:

- $5,000.00 in United States currency seized from the 2019 black BMW located at the residence;

The following property seized on or about July 1, 2022, from the residence located at 1214 Smith Road, Columbus, Ohio:

- $4,702.00 in United States currency seized from the master bedroom in the residence; and

- $17,015.00 in United States currency seized from a crawl space found in the basement of the residence.

The United States of America further notifies the Court that the U.S. Customs and Border Protection ("CBP") has completed the forfeiture of certain property named in the Forfeiture Allegations of the Superseding Indictment (Doc. 148); Second Superseding Indictment (Doc. 778); Superseding Informations (Docs. 470, 673, 681, 754); and the Preliminary Orders of Forfeiture (Docs. 515, 565, 567, 766, 781, 783).  More particularly, CBP, in accordance with the law, administratively forfeited the following property, as evidenced by Exhibit 2:

- A red 1988 Chevrolet Monte Carlo, VIN 1G1GZ11G3JP109009, last known to display Ohio license JTH9187, titled in the name of Cordell A. Washington;

- A black 2019 BMW 7 Series, VIN WBA7F2C56KB239637, last known to display Ohio license O031151, titled in the name of Patrick M. Saultz;

- A black 1986 Buick Regal, VIN 1G4GK4772GP458025, last known to display Ohio license 295ZKR, titled in the name of Patrick M. Saultz;

- A teal Harley Davidson Road Glide motorcycle, VIN 1HD1KTM11FB611217, last known to display Ohio license HYS59, titled in the name of Ashley R. Morrison (Ashley Saultz);

- Rolex Oyster Perpetual Datejust in a green box, which was seized on or about June 30, 2022, from Car-Go Storage, Unit T15;

- A black 2015 Chevrolet Tahoe, VIN 1GNSKBKC5FR145567, last known to display Ohio license JDN2395, titled in the name of David Price;

- A white 2017 BMW 5 Series, VIN WBAJA5C30HG894683, last known to display Ohio license JAL3947, titled in the name of William Vladimir Denega, seized on or about June 29, 2022, from the residence located at 430B South Warren, Columbus, Ohio;

- A Rolex watch seized on or about June 29, 2022, from the residence located at 140 Whitethorne Avenue, Columbus, Ohio; and

- $9,000.00 in U.S. currency.

3

Therefore, the United States will not require further judicial forfeiture action or ancillary hearings to accomplish the forfeiture and/or disposal of the above-listed assets.

<div style="margin-left:50%">

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney


*s/Timothy D. Prichard*
TIMOTHY D. PRICHARD (0059455)
EMILY CZERNIEJEWSKI
 Assistant United States Attorneys
Attorneys for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Tim.Prichard@usdoj.gov
Emily.Czerniejewski@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a copy of the foregoing United States' Notice of Completed Forfeiture was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

<div style="margin-left:50%">

*s/Timothy D. Prichard*
TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney

</div>

4