**U.S. Department of Justice**

Drug Enforcement Administration

---

### <u>DECLARATION OF ADMINISTRATIVE FORFEITURE</u>

| | |
|---|---|
| Asset ID Number: | 22-DEA-693567 |
| Case Number: | ███████ |
| Judicial District: | Southern District of Ohio |
| Seizure Date: | 06/29/2022 |
| Seizure Location: | Pickerington, OH |
| | |
| Asset Description: | $10,255.00 U.S. Currency |
| Asset Value at Seizure: | $10,255.00 |

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application    Date: 10/07/2024

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel



**EXHIBIT 1**

**U.S. Department of Justice**

Drug Enforcement Administration

---

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:       22-DEA-693588
Case Number:           ▮▮▮▮▮▮▮▮▮
Judicial District:     Southern District of Ohio
Seizure Date:          06/29/2022
Seizure Location:      Pickerington, OH

Asset Description:          $540.00 U.S. Currency
Asset Value at Seizure:  $540.00

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application          Date: 10/07/2024

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**U.S. Department of Justice**

Drug Enforcement Administration

---

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:          22-DEA-693513
Case Number:              ▇▇▇▇▇▇▇
Judicial District:        Southern District of Ohio
Seizure Date:             06/29/2022
Seizure Location:         Columbus, OH

Asset Description:        $8,386.00 U.S. Currency
Asset Value at Seizure:   $8,386.00

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application                Date: 11/18/2024

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel



**U.S. Department of Justice**

Drug Enforcement Administration

---

## DECLARATION OF ADMINISTRATIVE FORFEITURE

| | |
|---|---|
| Asset ID Number: | 22-DEA-693573 |
| Case Number: | ███████ |
| Judicial District: | Southern District of Ohio |
| Seizure Date: | 06/29/2022 |
| Seizure Location: | Columbus, OH |

| | |
|---|---|
| Asset Description: | $36,132.00 U.S. Currency |
| Asset Value at Seizure: | $36,132.00 |

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application          Date: 07/17/2025

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**U.S. Department of Justice**

Drug Enforcement Administration

---

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:    22-DEA-693611
Case Number:
Judicial District:    Southern District of Ohio
Seizure Date:    06/29/2022
Seizure Location:    Columbus, OH

Asset Description:    $6,914.00 U.S. Currency
Asset Value at Seizure:  $6,914.00

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application    Date: 10/07/2024

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**U.S. Department of Justice**

Drug Enforcement Administration

---

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:       22-DEA-693717
Case Number:           ███████████
Judicial District:     Southern District of Ohio
Seizure Date:          06/29/2022
Seizure Location:      Columbus, OH

Asset Description:     $1,015.00 U.S. Currency
Asset Value at Seizure: $1,015.00

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application          Date: 12/12/2024

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**U.S. Department of Justice**

Drug Enforcement Administration

---

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:       22-DEA-693556
Case Number:           █████████
Judicial District:     Southern District of Ohio
Seizure Date:          06/29/2022
Seizure Location:      Columbus, OH

Asset Description:     $4,660.40 U.S. Currency
Asset Value at Seizure: $4,660.40

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application          Date: 10/07/2024

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**U.S. Department of Justice**

Drug Enforcement Administration

---

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:     22-DEA-693541
Case Number:
Judicial District:      Southern District of Ohio
Seizure Date:        06/29/2022
Seizure Location:     Columbus, OH

Asset Description:    $5,000.00 U.S. Currency
Asset Value at Seizure: $5,000.00

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application    Date: 10/07/2024

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**U.S. Department of Justice**

Drug Enforcement Administration

---

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:       22-DEA-693658
Case Number:
Judicial District:     Southern District of Ohio
Seizure Date:          07/01/2022
Seizure Location:      Columbus, OH

Asset Description:     $4,702.00 U.S. Currency
Asset Value at Seizure: $4,702.00

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application          Date: 10/07/2024

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**U.S. Department of Justice**

Drug Enforcement Administration

---

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:        22-DEA-693631
Case Number:            ▮▮▮▮▮▮
Judicial District:      Southern District of Ohio
Seizure Date:           07/01/2022
Seizure Location:       Columbus, OH

Asset Description:      $17,015.00 U.S. Currency
Asset Value at Seizure: $17,015.00

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application          Date: 10/07/2024

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel