**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**DECLARATION OF ADMINISTRATIVE FORFEITURE**
**(Property Valued at more than $5,000)**

**Case Number:** ▮▮▮▮▮▮▮▮▮

**Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov as required by law on the following dates: 09/30/2022 to 10/29/2022**

**In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C. 1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R. 162.45), the following described property is declared forfeited for violation (s) as listed below.**

**2022410300009601000360000; Seized On 07/01/2022 At the port of COLUMBUS; Red 1988 Chevrolet Monte Carlo / VIN 1G1GZ11G3JP109009; 1G1GZ11G3JP109009; 1; EA; Valued at $5225; For violation of 18 USC 981(a)(1)(A), 18 USC 1956(c)(7)(A), 18 USC 1961(1)(D), 21 USC 846, 21 USC 881(a)(6), 21 USC 881(b)**

Signed in SEACATS by JOSEPH BENNETT on behalf of BRIAN GIESE, FPFO on 08/08/2025 15:20:29 EDT

**BRIAN GIESE** JOSEPH BENNETT

Fines, Penalties & Forfeitures Officer

**Forfeiture Date:** 08/08/2025

**EXHIBIT 2**

# U.S. DEPARTMENT OF HOMELAND SECURITY
# U.S. CUSTOMS AND BORDER PROTECTION
## DECLARATION OF ADMINISTRATIVE FORFEITURE
### (Property Valued at more than $5,000)

**Case Number:** ███████████████

**Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov as required by law on the following dates: 09/30/2022 to 10/29/2022**

**In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C.  1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R.  162.45), the following described property is declared forfeited for violation (s) as listed below.**

---

**20224103000087010002000; Seized On 06/29/2022 At the port of COLUMBUS; Black 2019 BMW 7 Series / VIN WBA7F2C56KB239637; WBA7F2C56KB239637; 1; EA; Valued at $56125; For violation of 18 USC 981(a)(1)(A), 18 USC 1956(c)(7)(A), 18 USC 1961(1)(D), 21 USC 846**

---

Signed in SEACATS by NADINE LIU on behalf of BRIAN GIESE, FPFO on 01/30/2025 09:52:38 EST

**BRIAN GIESE**    NADINE LIU

Fines, Penalties & Forfeitures Officer

**Forfeiture Date:**    01/30/2025

Page 1 of 2

# U.S. DEPARTMENT OF HOMELAND SECURITY
# U.S. CUSTOMS AND BORDER PROTECTION
# DECLARATION OF ADMINISTRATIVE FORFEITURE
(Property Valued at more than $5,000)

**Case Number:** ▮▮▮▮▮▮▮▮▮▮▮

**Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov as required by law on the following dates: 09/30/2022 to 10/29/2022**

**In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C. 1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R. 162.45), the following described property is declared forfeited for violation (s) as listed below.**

---

**2022410300009201000020000; Seized On 06/30/2022 At the port of COLUMBUS; Black 1986 Buick Regal / VIN 1G4GK4772GP458025; 1G4GK4772GP458025; 1; EA; Valued at $12100; For violation of 18 USC 981(a)(1)(A), 18 USC 1956(c)(7)(A), 18 USC 1961(1)(D), 21 USC 846**

**2022410300009201000030000; Seized On 06/30/2022 At the port of COLUMBUS; Teal Harley Davidson Motorcycle / VIN 1HD1KTM11FB611217; 1HD1KTM11FB611217; 1; EA; Valued at $18450; For violation of 18 USC 981(a)(1)(A), 18 USC 1956(c)(7)(A), 18 USC 1961(1)(D), 21 USC 846**

---

Signed in SEACATS by NADINE LIU on behalf of BRIAN GIESE, FPFO on 08/19/2025 14:55:41 EDT

**BRIAN GIESE**  NADINE LIU

Fines, Penalties & Forfeitures Officer

**Forfeiture Date:** 08/19/2025

Page 1 of 3

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**DECLARATION OF ADMINISTRATIVE FORFEITURE**
(Property Valued at more than $5,000)

**Case Number:** █████████████

**Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov as required by law on the following dates: 01/06/2023 to 02/04/2023**

**In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C.  1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R.  162.45), the following described property is declared forfeited for violation (s) as listed below.**

---

**2022410300009201000010000; Seized On 06/30/2022 At the port of COLUMBUS; Rolex Oyster Perpetual Datejust in green box; ; 1; EA; Valued at $7000; For violation of 18 USC 981(a)(1)(A), 18 USC 1956(c)(7)(A), 18 USC 1961(1)(D), 21 USC 846**

---

Signed in SEACATS by NADINE LIU on behalf of BRIAN GIESE, FPFO on 08/19/2025 14:55:41 EDT

**BRIAN GIESE**  NADINE LIU

Fines, Penalties & Forfeitures Officer

**Forfeiture Date:**   08/19/2025

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**DECLARATION OF ADMINISTRATIVE FORFEITURE**
(Property Valued at more than $5,000)

**Case Number:** █████████████

**Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov as required by law on the following dates: 12/02/2022 to 12/31/2022**

**In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C. 1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R. 162.45), the following described property is declared forfeited for violation(s) as listed below.**

---

20224103000089010001000; Seized On 06/29/2022 At the port of COLUMBUS; Black 2015 Chevrolet Tahoe / VIN 1GNSKBKC5FR145567; 1GNSKBKC5FR145567; 1; EA; Valued at $20225; For violation of 18 USC 981(a)(1)(A), 18 USC 1956(c)(7)(A), 18 USC 1961(1)(D), 21 USC 846

---

Signed in SEACATS by NADINE LIU on behalf of BRIAN GIESE, FPFO on 08/19/2025 14:17:52 EDT

**BRIAN GIESE**  NADINE LIU

Fines, Penalties & Forfeitures Officer

**Forfeiture Date:**     08/19/2025

Page 1 of 2

## U.S. DEPARTMENT OF HOMELAND SECURITY
## U.S. CUSTOMS AND BORDER PROTECTION
## DECLARATION OF ADMINISTRATIVE FORFEITURE
### (Property Valued at more than $5,000)

**Case Number:** ███████████

**Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov as required by law on the following dates: 09/30/2022 to 10/29/2022**

**In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C. 1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R. 162.45), the following described property is declared forfeited for violation (s) as listed below.**

**2022410300008101000030000; Seized On 06/29/2022 At the port of COLUMBUS; White 2017 BMW 5 Series/VIN WBAJA5C30HG894683; WBAJA5C30HG894683; 1; EA; Valued at $23175; For violation of 18 USC 981(a)(1)(A), 18 USC 1956(c)(7)(A), 18 USC 1961(1)(D), 21 USC 846**

Signed in SEACATS by DAWN WESLEY-VENTURA on behalf of
BRIAN GIESE, FPFO on 04/02/2025 07:32:57 EDT

**BRIAN GIESE** DAWN WESLEY-VENTURA

Fines, Penalties & Forfeitures Officer

**Forfeiture Date:** 04/02/2025

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**DECLARATION OF ADMINISTRATIVE FORFEITURE**
(Property Valued at more than $5,000)

**Case Number:** ███████████

**Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov as required by law on the following dates: 02/17/2023 to 03/18/2023**

**In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C.  1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R.  162.45), the following described property is declared forfeited for violation (s) as listed below.**

---

**2022410300000860100030000; Seized On 06/29/2022 At the port of COLUMBUS; Rolex watch; ; 1; EA; Valued at $30000; For violation of 18 USC 981(a)(1)(A), 18 USC 1956(c)(7)(A), 18 USC 1961(1)(D), 21 USC 846**

---

**BRIAN GIESE**   Signed in SEACATS by NADINE LIU on behalf of BRIAN GIESE, FPFO on 08/19/2025 14:58:18 EDT

NADINE LIU
_____

Fines, Penalties & Forfeitures Officer

**Forfeiture Date:**   08/19/2025
_____

Page 1 of 2

# U.S. DEPARTMENT OF HOMELAND SECURITY
## U.S. CUSTOMS AND BORDER PROTECTION
## DECLARATION OF ADMINISTRATIVE FORFEITURE
### (Property Valued at more than $5,000)

**Case Number:** ███████████

**Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov as required by law on the following dates: 12/30/2022 to 01/28/2023**

**In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C. 1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R. 162.45), the following described property is declared forfeited for violation (s) as listed below.**

---

**2023410300000030100010000; Seized On 11/03/2022 At the port of COLUMBUS; U.S. Currency; ; 182; EA; Valued at $9000; For violation of 18 USC 981(a)(1), 18 USC 1960, 21 USC 881(a)(6), 21 USC 881(b)**

---

Signed in SEACATS by NADINE LIU on behalf of BRIAN GIESE, FPFO on 09/18/2025 10:20:23 EDT

**BRIAN GIESE**  NADINE LIU

Fines, Penalties & Forfeitures Officer

**Forfeiture Date:** 09/18/2025

Page 1 of 2