**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:22-cr-00117** |
| | : | |
| **v.** | : | **JUDGE EDMUND A. SARGUS, JR.** |
| | : | |
| **CORDELL WASHINGTON (1),** | : | |
| | : | |
| **PATRICK SAULTZ (2),** | : | |
| | : | |
| **TYLER BOURDO (6),** | : | |
| | : | |
| **MICHAEL BURTON (13),** | : | |
| | : | |
| **Defendants.** | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, pursuant to 21 U.S.C. § 853(n), Fed. R. Crim. P. 32.2(b)(6), and Supplemental Rule G(4)(b), I sent direct written notice of the forfeiture action by regular and certified mail with a copy of the Preliminary Order of Forfeiture to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding, including the following, as evidenced by the various exhibits:

Exhibit 1:   Joseph Little, Shelly Smith, and Joshua Burt;

Exhibit 2:   Marc Fischer, Kyle Prater, and Demis Ross;

Exhibit 3:   Jerry Souders, Stacie Keelin, Frank Stokley, and Brian Daniels;

Exhibit 4:   Doreyon Whiteside, Collin Dyer, and Robert Anderson Sr.;

Exhibit 5:   Timothy Williams and Michael Hoy;

Exhibit 6:   Jacia Greason, Nicholas Smals, and Martin Noe;

Exhibit 7:   Charles Bufkin Sr., Matthew Tussing, and Nicholas Hill;

Exhibit 8:   David Price, Chase Warren, and Daniel Lee Hurd;

Exhibit 9:   Terrence Lamar Davis Junior and Sadequl Islam;

Exhibit 10:   Edward Givens Jr. and Asia Skipper; and

Exhibit 11:   Tavaryyuan Johnson and Caitlin Shea.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney


*s/Timothy D. Prichard*
TIMOTHY D. PRICHARD (0059455)
EMILY CZERNIEJEWSKI
Assistant United States Attorneys
Attorneys for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Tim.Prichard@usdoj.gov
Emily.Czerniejewski@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, a copy of the foregoing Certificate of Service was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*s/Timothy D. Prichard*
TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney

2