

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

| | |
|---|---|
| *303 Marconi Blvd* | *Telephone: 614-469-5715* |
| *Suite 200* | *Fax: 614-469-5653* |
| *Columbus, OH 43215* | |

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Joseph Little
█████████████████
Columbus, OH ████

 RE:  *United States v. Cordell A. Washington et al.*
  Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

 The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

 Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Smith and Wesson M&P pistol, bearing Serial Number HRD9611, which is subject to forfeiture in this case.

 You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

 If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

**EXHIBIT 1**

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

so that we can return the card to you.

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Joseph Little

Columbus, Ohio

9590 9402 7727 2152 2638 11

2. Article Number *(Transfer from service label)*

7022 2410 0000 1462 1091

PS Form 3811, July 2020 PSN 7530-02-000-9053

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ment of Justice
Attorney's Office
rict of Ohio
Street
45202

CERTIFIED MAIL

7022 2410 0000 1462 1091

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Joseph Little

Columbus, Ohio

FIRST-CLASS



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE and PITNEY BOWES
ZIP 45202
02.7W
0000058302 OCT. 22. 2025
$012.14⁰

Case: 2:22-cr-00117-EAS Doc #: 1404-1 Filed: 03/03/26 Page: 4 of 15 PAGEID #: 18179

t of Justice

orney's Office

of Ohio



FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $30
US POSTAGE PITNEY BOWES

ZIP 45202 $ 002.44⁰
02 7W
0000058302 OCT 22 2025



Joseph Little

Columbus, Ohio

ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, OHIO VALLEY, SOUTHEAST, AND NORTHEAST REGIONS OF THE US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?

app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70222410000014621091

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:15 am on October 27, 2025 in COLUMBUS, OH 43227.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**

**Delivered, Left with Individual**

COLUMBUS, OH 43227
October 27, 2025, 11:15 am

● **Arrived at USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
October 24, 2025, 10:08 am

● **In Transit to Next Facility**

October 23, 2025

● **Arrived at USPS Regional Facility**

CINCINNATI OH DISTRIBUTION CENTER
October 22, 2025, 9:35 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                      ⌄

Product Information                                      ⌄

See Less ⌃

Track Another Package

Feedback

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*
*Suite 200*
*Columbus, OH 43215*

*Telephone: 614-469-5715*
*Fax: 614-469-5653*

October 21, 2025

**By Regular U.S. Mail & Certified Mail**

Shelly Smith

███████████████

Columbus, Ohio ████████

        RE:    *United States v. Cordell A. Washington et al.*
                Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the RomArm Draco AR47 pistol, bearing serial number DB-0819-16RO, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2

1. Article Addressed to:

Columbus, OH

9590 9402 7727 2152 2637 81

2. Article Number *(Transfer from service label)*

7022 2410 0000 1462 1107

PS Form 3811, July 2020 PSN 7530-02-000-9053

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below. ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

of Justice
rney's Office
of Ohio

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7022 2410 0000 1462 1107



Shelly Smith

Columbus, Ohio



FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE and PITNEY BOWES

ZIP 45202
02 7W
0000058302 OCT. 22 2025

$012.14°

Justice
y's Office
Ohio

Shelly Smith

Columbus, Ohio



FIRST-CLASS



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE AND PITNEY BOWES

ZIP 45202
02 7W
0000058302 OCT. 22. 2025

$ 002.44⁰

11/14/25, 9:24 AM                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive
automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?

app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 702224100000014621107

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at
10:59 am on October 25, 2025 in COLUMBUS, OH

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
COLUMBUS, OH
October 25, 2025, 10:59 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
October 24, 2025, 12:43 pm

**In Transit to Next Facility**
October 23, 2025

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
October 22, 2025, 9:33 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



**U.S. Department of Justice**

*United States Attorney*

*Southern District of Ohio*

| | |
|---|---|
| *303 Marconi Blvd* | *Telephone: 614-469-5715* |
| *Suite 200* | *Fax: 614-469-5653* |
| *Columbus, OH 43215* | |

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Joshua Burt

Hilliard, OH

   RE: *United States v. Cordell A. Washington et al.*
      Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

  The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

  Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Smith & Wesson M&P 2.0 pistol, bearing serial number NCL4076, which is subject to forfeiture in this case.

  You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

  If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2



so that we can return the card to you.

☑ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Joshua Burt

▮▮▮▮   ▮▮▮▮   ▮▮▮

Hilliard, OH   ▮▮▮▮

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 7727 2152 2637 50

2. Article Number (Transfer from service label)

7022 2410 0000 1462 1138

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

CERTIFIED MAIL®

7022 2410 0000 1462 1138

Joshua Burt

Hilliard, Ohio

FIRST-CLASS

US POSTAGE ᴘᴮ PITNEY BOWES

ZIP 45202
02 7W
0000058302

$012.14°
OCT. 22. 2025

t of Justice

torney's Office

t of Ohio



Joshua Burt

Hilliard, Ohio



FIRST-CLASS

US POSTAGE

$ 002.44⁰

ZIP 45202
02 7M
0000058302 OCT. 22 2025

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joshua Burt

Hilliard, OH

9590 9402 7727 2152 2637 50

2. Article Number (Transfer from service label)

7022 2410 0000 1462 1138

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Matt Vogl_ ☑ Agent ☐ Address

B. Received by (Printed Name)    C. Date of Delivery
Matthew Vogle    10-27-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt