

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*          *Telephone: 614-469-5715*
*Suite 200*                 *Fax: 614-469-5653*
*Columbus, OH 43215*

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Marc Fischer

█████████████

Chillicothe, Ohio ████

       RE:    *United States v. Cordell A. Washington et al.*
             Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Anderson AM-16 rifle, bearing serial number 15281454, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

**EXHIBIT 2**

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

1. Article Addressed to:

Marc Fischer

Chillicothe, OH

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII
9590 9402 7627 2122 0905 30

2. Article Number (Transfer from service label)
7022 2410 0000 1462 0773

PS Form 3811, July 2020 PSN 7530-02-000-9053

If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



7022 2410 0000 1462 0773

CERTIFIED MAIL®



Marc Fischer

Chillicothe, Ohio

FIRST-CLASS





US POSTAGE PITNEY BOWES
ZIP 45202
02 7W
0000058302 SEP. 23 2025
$012.140

Justice
y's Office
Ohio



Marc Fischer

Chillicothe, Ohio

FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $320
US POSTAGE PITNEY BOWES

ZIP 45202
02 7W
0000058302 SEP 23 2025

$ 002.44°

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marc Fischer

Chillicothe, OH

959094027627 2122 0905 30

2. Article Number (Transfer from service label)

7022 2410 0000 1462 0773

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Marc Fl* ☐ Agent ☑ Addressee

B. Received by (Printed Name) *Marc Fische* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*
*Suite 200*
*Columbus, OH 43215*

*Telephone: 614-469-5715*
*Fax: 614-469-5653*

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Kyle Prater

Ashville, Ohio

      RE:    *United States v. Cordell A. Washington et al.*
              Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Yugoslavian 59/66 rifle, bearing serial number J-354260, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2

Kyle Prater

Ashville, OH

9590 9402 7727 2152 2627 91

2. Article Number *(Transfer from service label)*

7022 2410 0000 1462 0735

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☑ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ ___ on Delivery Restricted Delivery Mail | |
| ___ Mail Restricted Delivery (over $500) | |

If YES, enter delivery address below  ☐ No

Justice
ey's Office
Ohio

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt



7022 2410 0000 1462 0735

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Kyle Prater

Ashville, Ohio

FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE and PITNEY BOWES

ZIP 45202
02.7W
0000058302

$012.14°
SEP. 23 2025

ustice
's Office
hio

Kyle Prater

Ashville, Ohio



FIRST-CLASS



ZIP 45202
02 7W
0000058302 SEP 23 2025

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300

US POSTAGE from PITNEY BOWES

$ 002.44⁰

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Willie Prater

[redacted]

Ashville, OH

9590 9402 7727 2152 2627 91

2. Article Number (Transfer from service label)

7022 3410 0000 1462 0735

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

9/30/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*303 Marconi Blvd*
*Suite 200*
*Columbus, OH 43215*

*Telephone: 614-469-5715*
*Fax: 614-469-5653*

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Demis Ross

Columbus, OH ███

   RE: *United States v. Cordell A. Washington et al.*
      Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

   The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

   Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Jimenez Arms .380 handgun, bearing serial number 393224, which is subject to forfeiture in this case.

   You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

   If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2

▶ Attach this card to the back ~~~ or on the front if space permits.

**1. Article Addressed to:**

Demis Ross

Columbus, OH

9590 9402 7727 2152 2628 38

**2. Article Number** *(Transfer from service label)*

7022 2410 0000 1462 0919

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

Justice
ey's Office
Ohio



Demis Ross

Columbus, OH



CERTIFIED MAIL®

7022 2410 0000 1462 0919

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



FIRST-CLASS

US OFFICIAL MAIL
US POSTAGE *from* PITNEY BOWES

ZIP 45202
02 7W
0000583302 SEP 23 2025

$011.60°



Demis Ross
Columbus, OH



FIRST-CLASS



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE from PITNEY BOWES

ZIP 45202
02 7W
0000058302 SEP 23 2025

$001.90⁰

**ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, OHIO VALLEY, SOUTHEAST, AND NORTHEAST REGIONS OF THE US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70222410000014620919

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 12:34 pm on September 29, 2025 in COLUMBUS, OH 43223.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**

**Delivered, Left with Individual**
COLUMBUS, OH 43223
September 29, 2025, 12:34 pm

**Out for Delivery**
COLUMBUS, OH 43223
September 29, 2025, 7:59 am

**Arrived at Post Office**
COLUMBUS, OH 43216
September 29, 2025, 7:48 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
September 28, 2025, 8:36 am

**In Transit to Next Facility**
September 27, 2025

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
September 23, 2025, 11:56 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers