

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

303 Marconi Blvd
Suite 200
Columbus, OH 43215

Telephone: 614-469-5715
Fax: 614-469-5653

September 22, 2025

**By Regular U.S. Mail & Certified Mail**

Timothy Williams
█████████████████
Portsmouth, Ohio █████

      RE:    *United States v. Cordell A. Washington et al.*
                Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Ruger LC9S, 9mm pistol, bearing serial number 327-14814, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

**EXHIBIT 5**

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

1. Article Addressed to:

Timothy Williams

Portsmouth, OH

9590 9402 7727 2152 2551 68

2. Article Number (Transfer from service label)

7022 2410 0000 1462 0698

PS Form 3811, July 2020 PSN 7530-02-000-9053

If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Justice
's Office
Ohio



CERTIFIED MAIL®

7022 2410 0000 1462 0698

Timothy Williams

Portsmouth, Ohio

FIRST-CLASS



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE and PITNEY BOWES

ZIP 45202
02 7W
0000058302 SEP 23 2025

$012.14⁰



Timothy Williams

Portsmouth, Ohio



FIRST-CLASS

US POSTAGE and PITNEY BOWES

ZIP 45202
02 7W
0000058302 SEP 23 2025

$ 002.44⁰

ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, OHIO VALLEY, SOUTHEAST, AND NORTHEAST REGIONS OF THE US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 70222410000014620698

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item arrived at our USPS facility in CINCINNATI OH DISTRIBUTION CENTER on November 6, 2025 at 2:49 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
November 6, 2025, 2:49 pm

**In Transit to Next Facility**
November 5, 2025

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
November 1, 2025, 7:07 pm

**Unclaimed/Being Returned to Sender**
PORTSMOUTH, OH 45662
October 14, 2025, 12:55 pm

**Reminder to Schedule Redelivery of your item**
October 1, 2025

**Notice Left (No Authorized Recipient Available)**
PORTSMOUTH, OH 45662
September 26, 2025, 12:50 pm

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
September 25, 2025, 11:05 am

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
September 23, 2025, 10:20 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
| --- | --- |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*          *Telephone: 614-469-5715*
*Suite 200*                 *Fax: 614-469-5653*
*Columbus, OH 43215*

September 22, 2025

**By Regular U.S. Mail & Certified Mail**

Michael Hoy
████████████████████
Columbus, OH ██████████

      RE:    *United States v. Cordell A. Washington et al.*
             Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Bond Arms Colt 45 pistol, bearing Serial Number 83973, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2

Michael Hoy

columbus Ohio

9590 9402 7727 2152 2551 13

**2. Article Number** *(Transfer from service label)*

7018 3090 0001 7413 3032

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Justice
ey's Office
Ohio

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    | Mail Restricted Delivery
    500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7018 3090 0001 7413 3032

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



Michael Hoy

Columbus, Ohio

FIRST-CLASS



ZIP 45202
02 7W
0000058302 SEP 23 2025

US POSTAGE and PITNEY BOWES

$012.140

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300

Justice
ey's Office
Ohio



Michael Hoy

Columbus, Ohio

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 45202
02 7W
0000058302 SEP. 23 2025

$ 002.44⁰

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300

Michael Hall

Columbus, Ohio

9590 9402 7727 2152 2551 13

2. Article Number (Transfer from service label)

7018 3090 0001 7413 3032

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
   (500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

Cincinnati, Ohio #2

TUE 23 SEP 2025

7018 3090 0001 7413 3032

-R-T-S- 43212-RFS-1N 10/15/25

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

* S F R *

LN
9-30-25

FINAL NOTICE
10/15

FIRST-CLASS



ZIP 45202
02 7W
0000058302 SEP 23 2025

US POSTAGE $012.14⁰