

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*
*Suite 200*
*Columbus, OH 43215*

*Telephone: 614-469-5715*
*Fax: 614-469-5653*

October 21, 2025

**By Regular U.S. Mail & Certified Mail**

Jacia Greason
█████████████████████
Columbus, Ohio ███████

> RE: *United States v. Cordell A. Washington et al.*
> Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Smith & Wesson, 9mm pistol, bearing serial number NCK9689, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

**EXHIBIT 6**

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2



■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jacia Greason
▬▬▬▬▬▬▬▬▬▬
columbus, OH ▬▬▬▬

9590 9402 7727 2152 2637 43

2. Article Number (Transfer from service label)

7022 2410 0000 1462 1145

PS Form 3811, July 2020 PSN 7530-02-000-9053

B. Received by (Printed Name)

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CERTIFIED MAIL

7022 2410 0000 1462 1145

Jacia Greason

Columbus, Ohio

FIRST-CLASS

US POSTAGE AND PITNEY BOWES
ZIP 45202 $012.14°
02.7W
0000058302 OCT. 22. 2025



RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

-R-T-S- 432232003-1N

Cincinnati, Ohio
WED 22 OCT 20

2. Article Number (Transfer from service label)

7022 2410 0000 1462 1145

PS Form 3811, July 2020 PSN 7530-02-000-9053

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery

Domestic Return Receipt

CERTIFIED MAIL

7022 2410 0000 1462 1145

-R-T-S- 432232003-1N    11/08/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES
ZIP 45202
02.7W
0000058302 OCT. 22. 2025
$012.14°

CINCINNATI MAIL
AT VALLEY
UNITED

2025 NOV 13 PM 7:55

RECEIVED

Jacia Greason

Columbus, Ohio

FIRST-CLASS



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES

ZIP 45202
02 7M
0000058302 OCT. 22 2025

$ 002.44⁰

NIXIE        482    EE 18CU        2211/04/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 45202421900        *0080N309001-00509-05-25

ANK



Jacia Greason
Columbus, Ohio



FIRST-CLASS

US POSTAGE $ 002.44°
ZIP 45202
02 7W
0000056302 OCT 22 2025



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

| | |
|---|---|
| *303 Marconi Blvd* | *Telephone: 614-469-5715* |
| *Suite 200* | *Fax: 614-469-5653* |
| *Columbus, OH 43215* | |

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Nicholas Smals



Dayton, OH ████

        RE:   *United States v. Cordell A. Washington et al.*
              Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

       The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

       Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Smith and Wesson M&P Shield pistol, bearing Serial Number HKY7806, which is subject to forfeiture in this case.

       You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

       If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2



Nicholas Smals

Dayton, OH ▮▮▮

9590 9402 7627 2122 0901 41

| 3. Service Type | | ☐ Priority Mail Express® |
|---|---|---|
| ☐ Adult Signature | | ☐ Registered Mail™ |
| ☐ Adult Signature Restricted Delivery | | ☐ Registered Mail Restricted Delivery |
| ☑ Certified Mail® | | ☐ Signature Confirmation™ |
| ☐ Certified Mail Restricted Delivery | | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery | | |
| ☐ Collect on Delivery Restricted Delivery | | |

2. Article Number (Transfer from service label)

7022 2410 0000 1462 0896

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



CERTIFIED MAIL

7022 2410 0000 1462 0896



Nicholas Smals

Dayton, Ohio



FIRST-CLASS

US POSTAGE and PITNEY BOWES

ZIP 45202
02 7W
0000058302

$012.14°

SEP. 23. 2025

of Justice
mey's Office
of Ohio



Nicholas Smals

Dayton, Ohio

FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE
PITNEY BOWES
ZIP 45202
02.7W
0000568302 SEP 23 2025
$ 002.44⁰

11/14/25, 11:00 AM                                        USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Tracking Number:                                                                                   Remove ✕

## 702224100000014620896

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Moving Through Network**
**In Transit to Next Facility**
October 24, 2025

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
October 20, 2025, 10:24 pm

**Return to Sender**
DAYTON, OH ▓
October 15, 2025, 12:01 pm

**Reminder to Schedule Redelivery of your item**
September 30, 2025

**Notice Left (No Authorized Recipient Available)**
DAYTON, OH ▓
September 25, 2025, 2:48 pm

**Departed USPS Regional Facility**
DAYTON OH DISTRIBUTION CENTER
September 24, 2025, 8:19 pm

**Arrived at USPS Regional Facility**
DAYTON OH DISTRIBUTION CENTER
September 24, 2025, 3:18 pm

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
September 23, 2025, 10:20 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                               ⌄

USPS Tracking Plus®                                                                ⌄

Product Information                                                                ⌄

See Less ⌃

Track Another Package

Feedback



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*          *Telephone: 614-469-5715*
*Suite 200*                 *Fax: 614-469-5653*
*Columbus, OH 43215*

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Martin Noe

Carlisle, OH

      RE:    *United States v. Cordell A. Washington et al.*
             Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

      The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

      Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Walther, Model PPS, 9mm pistol, bearing Serial Number AN3438, which is subject to forfeiture in this case.

      You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

      If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2



■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Martin Noe

Carlisly OH

9590 9402 7627 2122 0901 58

2. Article Number *(Transfer from service label)*

7022 2410 0000 1462 0902

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt



Martin Noe

Carlisle, OH



7022 2410 0000 1462 0902

CERTIFIED MAIL®



FIRST-CLASS

US POSTAGE ᴬᴺᴰPITNEY BOWES

ZIP 45202
02 7W
0000568302 SEP. 23 2025

$011.60⁰







11/14/25, 11:03 AM — USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive
automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70222410000014620902

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package is moving within the USPS network and is on
track to be delivered to its final destination. It is currently in
transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility**

October 17, 2025

**Arrived at USPS Regional Facility**

DETROIT MI DISTRIBUTION CENTER
October 13, 2025, 4:50 am

**Unclaimed/Being Returned to Sender**

FRANKLIN, OH ███
October 11, 2025, 1:00 pm

**Reminder to Schedule Redelivery of your item**

October 1, 2025

**Notice Left (No Authorized Recipient Available)**

FRANKLIN, OH ███
September 26, 2025, 3:53 pm

**Held at Post Office, At Customer Request**

FRANKLIN, OH ███
September 25, 2025, 5:23 pm

**Arrived at USPS Regional Facility**

CINCINNATI OH DISTRIBUTION CENTER
September 23, 2025, 10:20 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
| --- | --- |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers