

**U.S. Department of Justice**

*United States Attorney*

*Southern District of Ohio*

| | |
|---|---|
| *303 Marconi Blvd* | *Telephone: 614-469-5715* |
| *Suite 200* | *Fax: 614-469-5653* |
| *Columbus, OH 43215* | |

September 22, 2025

**By Regular U.S. Mail & Certified Mail**

Charles Bufkin Sr.

██████████████

Columbus, OH ████    ·

> RE:    *United States v. Cordell A. Washington et al.*
> Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Ruger-57 pistol, bearing Serial Number 641-60669, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

**EXHIBIT 7**

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2

1. Article Addressed to:

Charles Bufkin Sr

Columbus, OH

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

|||||||||||||||||||||||
9590 9402 7627 2122 0904 93

2. Article Number (Transfer from service label)

7022 2410 0000 1462 0827

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053
Domestic Return Receipt



Charles Bufkin Sr.

Columbus, Ohio



7022 2410 0000 1462 0827

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



FIRST-CLASS

US POSTAGE $012.14°
ZIP 45202
02 7W
0000058302 SEP 23. 2025
US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300 PB PITNEY BOWES





Charles Burkin Sr
Columbus, Ohio

FIRST-CLASS

US POSTAGE
ZIP 45202
02.7W
0000568302
$ 002.17⁰
SEP 23 2025

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 70222410000014620827

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item arrived at our USPS facility in CINCINNATI OH DISTRIBUTION CENTER on November 6, 2025 at 2:51 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Moving Through Network

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
November 6, 2025, 2:51 pm

**In Transit to Next Facility**
November 5, 2025

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
November 1, 2025, 4:38 pm

**Unclaimed/Being Returned to Sender**
COLUMBUS, OH ▮▮▮
October 20, 2025, 12:16 pm

**Reminder to Schedule Redelivery of your item**
October 5, 2025

**Notice Left (No Authorized Recipient Available)**
COLUMBUS, OH ▮▮▮
September 30, 2025, 12:06 pm

**Out for Delivery**
COLUMBUS, OH ▮▮▮
September 30, 2025, 7:15 am

**Arrived at Post Office**
COLUMBUS, OH ▮▮▮
September 30, 2025, 7:04 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
September 25, 2025, 11:05 am

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
September 23, 2025, 10:20 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*          *Telephone: 614-469-5715*
*Suite 200*                 *Fax: 614-469-5653*
*Columbus, OH 43215*

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Matthew Tussing

Grove City, OH

RE:  *United States v. Cordell A. Washington et al.*
Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the CZ Scorpion pistol, bearing serial number C952539, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

*Emily Czerniejewski*

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2

■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Matthew Tussing

█████████████

Grove City, Ohio 43123

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 7727 2152 2637 67

2. Article Number (Transfer from service label)

7022 2410 0000 1462 1121

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



CERTIFIED MAIL

7022 2410 0000 1462 1121

Matthew Tussing

Grove City, Ohio

FIRST-CLASS



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE and PITNEY BOWES
ZIP 45202
02 7W
0000058302 OCT. 22 2025
$012.14°



Matthew Tussing

Grove City, Ohio



FIRST-CLASS

1/28/26, 10:03 AM                    USPS.com® - USPS Tracking® Results

ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, OHIO VALLEY, SOUTHEAST, AND NORTHEAST REGIONS OF THE US MAY
DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)

# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 70222410000014621121

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item arrived at our USPS facility in DETROIT MI
DISTRIBUTION CENTER on December 22, 2025 at 11:29 am.
The item is currently in transit to the destination.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network

**Arrived at USPS Regional Facility**

DETROIT MI DISTRIBUTION CENTER
December 22, 2025, 11:29 am

**Moved, Left no Address**

CINCINNATI, OH 45203
December 12, 2025, 10:03 am

**Arrived at USPS Regional Facility**

CINCINNATI OH DISTRIBUTION CENTER
December 6, 2025, 11:33 am

**Arrived at USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
December 5, 2025, 10:43 am

**In Transit to Next Facility**

December 4, 2025

**Departed USPS Regional Facility**

DAYTON OH DISTRIBUTION CENTER
December 3, 2025, 9:05 pm

**Arrived at USPS Regional Facility**

DAYTON OH DISTRIBUTION CENTER
December 3, 2025, 3:20 am

**Arrived at USPS Regional Facility**

DETROIT MI DISTRIBUTION CENTER
November 27, 2025, 12:50 pm

**Unclaimed/Being Returned to Sender**

GROVE CITY, OH 43123
November 22, 2025, 9:51 am

**Addressee Unknown**

GROVE CITY, OH 43123
October 25, 2025, 10:29 am

**Arrived at USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
October 24, 2025, 12:43 pm

**Arrived at USPS Regional Facility**

CINCINNATI OH DISTRIBUTION CENTER

Feedback

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70222410000014621121%2C&tABt=false                1/2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*
*Suite 200*
*Columbus, OH 43215*

*Telephone: 614-469-5715*
*Fax: 614-469-5653*

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Nicholas Hill

Galloway, OH

      RE:    *United States v. Cordell A. Washington et al.*
             Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Smith & Wesson M&P Shield 9, 9mm handgun, bearing Serial Number LEV0738, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2

1. Article Addressed to:

Nicholas Hill

Galloway, OH

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
9590 9402 7627 2122 0900 28

2. Article Number (Transfer from service label)

7022 2410 0000 1462 0858

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
    (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



Nicholas Hill
Galloway, Ohio



CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7022 2410 0000 1462 0858



FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE
PITNEY BOWES

ZIP 45202
02 7W
0000058302 SEP 23 2025

$011.60°

f Justice
ey's Office
Ohio



Nicholas Hill

Galloway, Ohio

FIRST-CLASS

US OFFICIAL USPS PENALTY FOR PRIVATE USE $300
US POSTAGE and PITNEY BOWES
ZIP 45202
02 7M
0000058302 SEP 23 2025
$ 001.90⁰

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 70222410000014620858

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item departed our USPS facility in DAYTON OH DISTRIBUTION CENTER on November 6, 2025 at 8:37 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Moving Through Network**

**Departed USPS Regional Facility**
DAYTON OH DISTRIBUTION CENTER
November 6, 2025, 8:37 pm

**Arrived at USPS Regional Facility**
DAYTON OH DISTRIBUTION CENTER
November 6, 2025, 3:06 pm

**In Transit to Next Facility**
November 2, 2025

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
October 29, 2025, 2:51 pm

**Unclaimed/Being Returned to Sender**
GALLOWAY, OH ███
October 21, 2025, 3:20 pm

**Reminder to Schedule Redelivery of your item**
October 1, 2025

**Available for Pickup**
GALLOWAY
5820 SULLIVANT AVE
GALLOWAY OH 43119-9903
M-F 0830-1700; SAT 0900-1400
September 26, 2025, 3:16 pm

**Arrived at Post Office**
GALLOWAY, OH 43119
September 26, 2025, 3:16 pm

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
September 25, 2025, 11:05 am

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
September 23, 2025, 10:20 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**     ∨