

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*
*Suite 200*
*Columbus, OH 43215*

*Telephone: 614-469-5715*
*Fax: 614-469-5653*

October 1, 2025

**By Regular U.S. Mail & Certified Mail**

David Price
c/o John Kevin West, Esq.
Steptoe & Johnson PLLC
Huntington Center, Suite 2200
41 South High Street
Columbus, Ohio 43215

        RE:    *United States v. Cordell Washington, et al.*
                 Criminal Case No. 2:22-cr-00117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

**EXHIBIT 8**

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

TIMOTHY D. PRICHARD
Assistant United States Attorney

TDP/sb

Enclosure

2

**U.S. Department of Justice**
United States Attorneys Office
*Southern District of Ohio*
*303 Marconi Blvd., Suite 200*
*Columbus, Ohio 43215-2401*

Official Business

FIRST-CLASS

David Price
c/o John Kevin West, Esq.
Steptoe & Johnson PLLC
Huntington Center, Suite 2200
41 South High Street
Columbus, Ohio 43215

Case: 2:22-cr-00117-EAS Doc #: 1404-8 Filed: 03/03/26 Page: 4 of 16  PAGEID #: 18285

U.S. Department of Justice

United States Attorneys Office
Southern District of Ohio

303 Marconi Blvd., Suite 200
Columbus, Ohio 43215-2401

Official Business

9589 0710 5270 0863 7338 83

David Price
c/o John Kevin West, Esq.
Steptoe & Johnson PLLC
Huntington Center, Suite 2200
41 South High Street
Columbus, Ohio 43215

Case: 2:22-cr-00117-EAS Doc #: 1404-8 Filed: 03/03/26 Page: 5 of 16 PAGEID #: 18286

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.

David Price
c/o John Kevin West, Esq.
Steptoe & Johnson PLLC
Huntington Center, Suite 2200
41 South High Street
Columbus, Ohio 43215

9590 9402 9450 5069 2443 12

2. Article Number *(Transfer from service label)*

9589 0710 5270 0863 7338 83

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
10/6/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Rece



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*303 Marconi Blvd*  *Telephone: 614-469-5715*
*Suite 200*  *Fax: 614-469-5653*
*Columbus, OH 43215*

September 22, 2025

**By Regular U.S. Mail & Certified Mail**

Chase Warren

█████████████████

Coshocton, OH ███

      RE:    *United States v. Cordell A. Washington et al.*
              Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Ruger EC9S, 9mm handgun, bearing Serial Number 45486947, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Chase Warren

Columbus, OH

9590 9402 7627 2122 0901 89

2. Article Number *(Transfer from service label)*

7022 2410 0000 1462 0988

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  Mail Restricted Delivery
  00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



7022 2410 0000 1462 0988

CERTIFIED MAIL



Chase Warren

Columbus, Ohio



FIRST-CLASS



US POSTAGE

$010.730

ZIP 45202
02 7W
0000058302 OCT 22 2025

1/6/26, 9:57 AM                                        USPS.com® - USPS Tracking® Results

ALERT: WINTER WEATHER IN THE GREAT LAKES AND NORTHEASTERN US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›
(HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho mepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70222410000014620988

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item arrived at our USPS facility in DETROIT MI DISTRIBUTION CENTER on January 3, 2026 at 3:32 pm. The item is currently in transit to the destination.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Moving Through Network**

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
January 3, 2026, 3:32 pm

**In Transit to Next Facility**
December 5, 2025

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
December 2, 2025, 11:03 am

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
November 26, 2025, 10:35 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
November 22, 2025, 4:03 am

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
November 18, 2025, 8:06 pm

**Unclaimed/Being Returned to Sender**
COLUMBUS, OH ▮
November 14, 2025, 11:52 am

**Reminder to Schedule Redelivery of your item**
November 3, 2025

**Notice Left (No Authorized Recipient Available)**
COLUMBUS, OH ▮
October 29, 2025, 4:06 pm

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
October 24, 2025, 12:43 pm

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
October 22, 2025, 9:33 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Department of Justice
Attorney's Office
District of Ohio

Chase Warren
Columbus, Ohio

FIRST-CLASS



US POSTAGE PITNEY BOWES

ZIP 45202
02.7W
0000058302 OCT 22 2025

$ 001.90°



**U.S. Department of Justice**

*United States Attorney*

*Southern District of Ohio*

---

*303 Marconi Blvd*
*Suite 200*
*Columbus, OH 43215*

*Telephone: 614-469-5715*
*Fax: 614-469-5653*

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Daniel Lee Hurd

▮▮▮▮▮▮▮▮▮▮▮▮▮

Columbus, Ohio ▮▮▮▮

      RE:    *United States v. Cordell A. Washington et al.*
              Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Taurus Revolver, bearing serial number MR71630, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2



Justice
y's Office
Ohio

Justice

1. Article Addressed to:

Daniel Lee Hurd

Columbus, OH

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 7627 2122 0900 59

2. Article Number *(Transfer from service label)*

7022 2410 0000 1462 0872

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| ☐ Insured Mail | |
| Mail Restricted Delivery 00) | |

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



Daniel Lee Hurd

Columbus, Ohio



CERTIFIED MAIL®

7022 2410 0000 1462 0872



FIRST-CLASS

US POSTAGE $011.600
ZIP 45202
02 7W
0000058302 SEP 23 2025

of Justice
mey's Office
of Ohio



Daniel Lee Hurd

Columbus, Ohio

FIRST-CLASS

US POSTAGE
US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
PITNEY BOWES
ZIP 45202
02 7W
0000058302 SEP 23. 2025
$001.90⁰

ALERT: WINTER WEATHER IN THE GREAT LAKES AND NORTHEASTERN US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›
(HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 70222410000014620872

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was returned to the sender on December 30, 2025 at 5:37 pm in COLUMBUS, OH ████ ecause the addressee was not known at the delivery address noted on the package.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Alert**

**Addressee Unknown**
COLUMBUS, OH ████
December 30, 2025, 5:37 pm

**Available for Pickup**
COLUMBUS, OH ████
December 29, 2025, 9:48 am

**Notice Left (No Authorized Recipient Available)**
COLUMBUS, OH ████
December 27, 2025, 2:55 pm

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
December 24, 2025, 11:57 am

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
December 22, 2025, 11:27 am

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
December 14, 2025, 2:56 pm

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
December 11, 2025, 4:14 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
December 9, 2025, 10:41 pm

**Forwarded**
COLUMBUS, OH
November 12, 2025, 10:17 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
November 6, 2025, 7:52 am

**In Transit to Next Facility**
November 5, 2025

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER

Feedback

November 4, 2025, 3:56 pm

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
October 29, 2025, 1:16 pm

**Forwarded**
COLUMBUS, OH
October 16, 2025, 8:47 am

**Addressee Unknown**
COLUMBUS, OH ▮
September 27, 2025, 1:52 pm

**Out for Delivery**
COLUMBUS, OH ▮
September 27, 2025, 8:02 am

**Arrived at Post Office**
COLUMBUS, OH 43216
September 27, 2025, 7:51 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
September 25, 2025, 11:05 am

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
September 23, 2025, 10:20 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

---

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs