

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*          *Telephone: 614-469-5715*
*Suite 200*                 *Fax: 614-469-5653*
*Columbus, OH 43215*

September 22, 2025

**By Regular U.S. Mail & Certified Mail**

Edward Givens Jr.
████████████████████████
Columbus, OH ████████

      RE:    *United States v. Cordell A. Washington et al.*
                Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

      The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

      Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the RomArm micro draco pistol, bearing Serial Number PMD-0562418RO, which is subject to forfeiture in this case.

      You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

      If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

**EXHIBIT 10**

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

1. Article Addressed to:

Columbus, Ohio

9590 9402 7727 2152 2551 20

2. Article Number (Transfer from service label)

7018 3090 0001 7413 3049

PS Form 3811, July 2020 PSN 7530-02-000-9053

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Justice
y's Office
Ohio



CERTIFIED MAIL®

7018 3090 0001 7413 3049



Edward Givens Jr.

Columbus, Ohio



FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE and PITNEY BOWES

ZIP 45202
02 7W
0000058302 SEP 23. 2025
$012.14°

f Justice
ey's Office
Ohio



Edward Givens Jr.

Columbus, Ohio

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 45202
02 7W
0000058302 SEP 23 2025

$ 002.44⁰



so that we can return the card to you.
or on the front if space permits.

1. Article Addressed to:

Edward Givens Jr.

Columbus, Ohio

9590 9402 7727 2152 2551 20

2. Article Number *(Transfer from service label)*

7018 3090 0001 7413 3049

PS Form 3811, July 20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Cincinnati, Ohio
TUE 23 SEP 2025

-R-T-S-

432113092-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

10/02/25

Edward Givens Jr.

Columbus, Ohio

Department of Justice
Attorney's Office
District of Ohio
Street

CERTIFIED MAIL

7018 3090 0001 7413 3049

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

FIRST-CLASS

US POSTAGE and PITNEY BOWES

ZIP 45202
02 7W
0000058302

$012.14°

SEP 23, 2025



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*
*Suite 200*
*Columbus, OH 43215*

*Telephone: 614-469-5715*
*Fax: 614-469-5653*

November 21, 2025

**By Regular U.S. Mail & Certified Mail**

Edward Givens Jr.
█████████████████████

Columbus, Ohio █████████

RE:　*United States v. Cordell A. Washington et al.*
　　　Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the RomArm micro draco pistol, bearing Serial Number PMD-0562418RO, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2

or on the front if space permits.

1. Article Addressed to:

Edward Givens JR

Columbus, Ohio

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 7727 2152 2637 12

2. Article Number (Transfer from service label)

7022 2410 0000 1462 1015

PS Form 3811, July 2020 PSN 7530-02-000-9053

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    Mail Restricted Delivery
00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





7022 2410 0000 1462 1015

CERTIFIED MAIL®



FIRST-CLASS



ZIP 45202
02 7W
0000058302 NOV. 21. 2025

US POSTAGE $012.140

ent of Justice
Attorney's Office
rict of Ohio



Edward Givens Jr

Columbus, Ohio



FIRST-CLASS

US OFFICIAL USPS PENALTY FOR PRIVATE USE $C:
US POSTAGE ᴹᴾPITNEY BOWES

ZIP 45202
02 7W
0000058302

$ 002.44⁰
NOV. 21. 2025

ALERT: WINTER WEATHER IN THE GREAT LAKES AND NORTHEASTERN US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›
(HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?

app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Tracking Number:

Remove ✕

## 70222410000014621015

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

___

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility**

January 4, 2026

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
December 30, 2025, 1:48 pm

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
December 11, 2025, 10:39 pm

**Forward Expired**
COLUMBUS, OH 43211
December 8, 2025, 8:14 am

**Reminder to Schedule Redelivery of your item**
November 30, 2025

**Notice Left (No Authorized Recipient Available)**
COLUMBUS, OH █████
November 25, 2025, 5:57 pm

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
November 23, 2025, 9:01 am

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
November 21, 2025, 9:07 pm

**Hide Tracking History**

Feedback

What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)

___

Text & Email Updates      ⌄

___

USPS Tracking Plus®      ⌄

___

Product Information      ⌄

See Less ⌃



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

303 Marconi Blvd
Suite 200
Columbus, OH 43215

Telephone: 614-469-5715
Fax: 614-469-5653

November 14, 2025

**By Regular U.S. Mail & Certified Mail**

Asia Skipper

Columbus, Ohio

RE:  *United States v. Cordell Washington, et al.*
Criminal Case No. 2:22-cr-00117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

TIMOTHY D. PRICHARD
Assistant United States Attorney

TDP/sb

Enclosure

2

U.S. Department of Justice
United States Attorneys Office
Southern District of Ohio
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215-2401
Official Business

9589 0710 5270 2861 4495 06

FIRST-CLASS

ZIP 43215
02 7W
0000005825

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asia Skipper
Columbus, Ohio

9590 9402 9450 5069 2437 11

2. Article Number (Transfer from service label)

9589 0710 5270 2861 4495 06

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Asia Skipper
Columbus, Ohio



U.S. Department of Justice
United States Attorneys Office
Southern District of Ohio
303 Marconi Blvd. Suite 200
Columbus, Ohio 43215-2401
Official Business

Asia Skipper
Columbus, Ohio

FIRST-CLASS





| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asia Skipper

Columbus, Ohio

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9450 5069 2437 11

2. Article Number *(Transfer from service label)*

9589 0710 5270 2861 4495 06

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Asia Skipper_  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)* _Asia Skipper_   C. Date of Delivery 11/20/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt