

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

*303 Marconi Blvd*          *Telephone: 614-469-5715*
*Suite 200*                 *Fax: 614-469-5653*
*Columbus, OH 43215*

January 6, 2026

**By Regular U.S. Mail & Certified Mail**

Tavaryyuan Johnson
c/o Kevin M. Schad
Federal Public Defenders Southern District of Ohio
250 E Fifth Street, Suite 350
Cincinnati, Ohio 45202

      RE:    *United States v. Cordell Washington, et al.*
              Criminal Case No. 2:22-cr-00117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

**EXHIBIT 11**

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick S. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

TIMOTHY D. PRICHARD
Assistant United States Attorney

TDP/sb

Enclosure

2

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Tavaryyuan Johnson
c/o Kevin M. Schad
Federal Public Defenders Southern District of
Ohio
250 E Fifth Street, Suite 350
Cincinnati, Ohio 45202

9590 9402 7727 2152 2636 51

2. Article Number *(Transfer from service label)*

7022 2410 0000 1462 1053

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...lail
☐ ...lail Restricted Delivery
(over $0.00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

Tavaryyuan Johnson
c/o Kevin M. Schad
Federal Public Defenders Southern District of
Ohio
250 E Fifth Street, Suite 350
Cincinnati, Ohio 45202



CERTIFIED MAIL

7022 2410 0000 1462 1053



FIRST-CLASS

ZIP 45202
02.7W
0000058302

US POSTAGE and PITNEY BOWES
$012.140
JAN 06 2026

tment of Justice
es Attorney's Office
istrict of Ohio
th Street
io 45202

Tavaryyuan Johnson
c/o Kevin M. Schad
Federal Public Defenders Southern District of
Ohio
250 E Fifth Street, Suite 350
Cincinnati, Ohio 45202

FIRST-CLASS





ZIP 45202
02 7W
0000058302

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $30
US POSTAGE and PITNEY BOWES

$ 002.44⁰
JAN 06 2026

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Address<br>B. Received by (Printed Name)  C. Date of Delivery  1/8/26 |
| 1. Article Addressed to:<br><br>Tavaryyuan Johnson<br>c/o Kevin M. Schad<br>Federal Public Defenders Southern District of Ohio<br>250 E Fifth Street, Suite 350<br>Cincinnati, Ohio 45202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7727 2152 2636 51 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ___ Mail<br>☐ ___ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 2410 0000 1462 1053 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*303 Marconi Blvd*      *Telephone: 614-469-5715*
*Suite 200*      *Fax: 614-469-5653*
*Columbus, OH 43215*

September 23, 2025

**By Regular U.S. Mail & Certified Mail**

Caitlin Shea
█████████████████
Columbus, OH ████████

         RE:     *United States v. Cordell A. Washington et al.*
                 Criminal Case No. 2:22-cr-117

Dear Potential Claimant:

The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States is aware that you previously purchased the Glock, Model 27, 40mm pistol, bearing Serial Number AGBV081, which is subject to forfeiture in this case.

You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Dominick s. Gerace II, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

DOMINICK S. GERACE II
United States Attorney

EMILY CZERNIEJEWSKI
Assistant United States Attorney

EKC/ka

Enclosure

2

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Caitlin Shea

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Columbus, Ohio

9590 9402 7727 2152 2637 05

2. Article Number *(Transfer from service label)*

7022 2410 0000 1462 1008

PS Form **3811**, July 2020 PSN 7530-02-000-9053

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





CERTIFIED MAIL®

7022 2410 0000 1462 1008



FIRST-CLASS



US OFFICAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE and PITNEY BOWES

ZIP 45202
02 7W
0000058302 NOV 21. 2025

$011.60°

12/22/25, 2:07 PM           USPS.com® - USPS Tracking® Results

ALERT: WINTER WEATHER IN THE GREAT LAKES AND NORTHEASTERN US, AND FLOODING IMPACTS IN THE PACIFIC NORTHWEST US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 70222410000014621008

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item could not be delivered on December 9, 2025 at 5:23 pm in COLUMBUS, OH ███ It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

**Alert**
**Unclaimed/Being Returned to Sender**
COLUMBUS, OH ███
December 9, 2025, 5:23 pm

**Reminder to Schedule Redelivery of your item**
November 30, 2025

**Available for Pickup**
HILLTOP RETAIL STORE
2873 W BROAD ST
COLUMBUS OH 43204-9997
M-F 0900-1700; SAT 0900-1200
November 26, 2025, 8:40 am

**Notice Left (No Authorized Recipient Available)**
COLUMBUS, OH ███
November 25, 2025, 1:30 pm

**In Transit to Next Facility**
November 24, 2025

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
November 23, 2025, 9:01 am

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
November 21, 2025, 9:07 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package



Caitlin Shea

Columbus, Ohio

nt of Justice
ttorney's Office
ct of Ohio
ree
5202
s

FIRST-CLASS

US POSTAGE ᴘᴇᴍ PITNEY BOWES

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300

ZIP 45202
02 7W $ 001.90°
0000058302 NOV 21 2025